# EXHIBIT A

**CHUBB®**

# *IMPORTANT NOTICE TO POLICYHOLDERS*
# *TERRORISM RISK INSURANCE ACT*

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act.

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in the Terrorism Risk Insurance Act) would be partially reimbursed by the United States of America, pursuant to the formula set forth in the Terrorism Risk Insurance Act. In addition, as required by the Terrorism Risk Insurance Act, we:

- indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

- specified the premium we would charge, if any, for providing such insurance; and

- except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

- You rejected terrorism insurance under the Terrorism Risk Insurance Act, your policy includes the appropriate amendatory endorsement(s).

- You did not reject terrorism insurance under the Terrorism Risk Insurance Act, the premium charged for your policy, including that portion applicable to terrorism insurance under the Terrorism Risk Insurance Act, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under the Terrorism Risk Insurance Act.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

**Please note that if your policy:**

- *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under the Terrorism Risk Insurance Act, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

- *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**CHUBB**®                    *IMPORTANT NOTICE TO POLICYHOLDERS*

**This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.**

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

We have added a condition or section that applies to the entire policy called Compliance With Applicable Trade Sanctions, which stipulates that your insurance policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

*last page*

**CHUBB**°

*POLICYHOLDER NOTICE*

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

**CHUBB®**

### Important Notice To Policyholders

### *Missouri Disclaimer Notice Commercial Lines Deregulation*

This policy may include rates and forms which may not be filed with the Missouri Department of Insurance, Financial Institutions and Professional Registration.

# CHUBB®

## *Inland Marine Insurance*

## *Premium Bill*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is $ 2,250.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| *Date Payment Due* | *Premium* |
|---|---|
| NOVEMBER 7, 2019 | $ 227,250.00 |
| *TOTAL* | $ 227,250.00 |
| Commission Percent: | 22.50% |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

Producer:
ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

*last page*



Inland Marine Insurance

FOR

ALWAYS SMILING PRODUCTIONS, INC.

Producer:

ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

Chubb Producing Office:

LOS ANGELES
555 S. FLOWER STREET
3RD FLOOR
LOS ANGELES, CA  90071

---

**CHUBB®**          *Inland Marine Insurance*

## How To Report A Loss

To assist you in reporting a loss, the following procedure has been set up to allow you to notify us.

### Loss Notification

Should you have a loss, contact your agent/broker in writing or by telephone as soon as possible:

| | |
|---|---|
| Agent/Broker name: | ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC |
| Address: | 505 N. BRAND BLVD. #600 |
| | GLENDALE, CA 91203-0000 |
| Telephone No: | 818-539-2300 |

### Agent/Broker Unavailable

If for any reason you are unable to reach your agent/broker, please contact our Claim department in writing or by telephone as soon as possible:

| | |
|---|---|
| Chubb: | CHUBB NATIONAL INSURANCE COMPANY |
| Address: | 555 S. FLOWER STREET |
| | 3RD FLOOR |
| | LOS ANGELES, CA  90071 |
| Telephone No: | (213)612-0880 |

If you are reporting a loss by telephone, you can contact us between the hours of 8:30 a.m. to 4:30 p.m. Monday - Friday.

### Emergency

If you are unable to contact your agent/broker or our office and it is an emergency situation, the following toll free number is available during non-business hours.

| | |
|---|---|
| Telephone No: | 1-800-252-4670 |

**CHUBB®**

*Inland Marine Insurance*

*Premium Summary*

*Named Insured and Mailing Address*

ALWAYS SMILING PRODUCTIONS, INC.
6225 W SUNSET BLVD STE 680
LOS ANGELES, CA 90028

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Policy Number*    7997-45-17

*Effective Date*    NOVEMBER 7, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**CHUBB NATIONAL**
**INSURANCE COMPANY**

*Incorporated under the laws of*
*INDIANA*

*Producer No.*    0083393

*Producer*    ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

## Policy Period

From:    NOVEMBER 7, 2019        To:    NOVEMBER 7, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Premium Payment

The First Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

## Estimated Premiums

Premiums shown in this summary with an asterisk (*) are estimated premiums and are subject to audit.

For each audit period we will compute the earned premium for that period based on our audit. If as a result of our audit additional premiums are due, they are payable upon notice to the First Named Insured. If the premium paid is greater than the earned premium, we will return the excess to the First Named Insured. The audit period will be determined by the company and will be that period of time which we deem appropriate for adjustment of those policy premiums which are subject to audit. The First Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

## Premium Summary
*(continued)*

| Exposure Basis | Exposure | Rate | Premium |
|---|---|---|---|
| Base Rate<br>Including Essential Element (2)<br>(Rate $22,500 per episode) | 10/60 min episodes | 22,500 | $ 22,500 |
| Ensuing Fire | | | $ 2,250 |

## Payment Plan

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| Date Payment Due | Amount Due | Deposit Due |
|---|---|---|
| NOVEMBER 7, 2019 | $ 227,250.00 | $ 227,250.00 |

# CHUBB®

## Inland Marine Insurance

### Insuring Agreement

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

*Named Insured and Mailing Address*

ALWAYS SMILING PRODUCTIONS, INC.
6225 W SUNSET BLVD STE 680
LOS ANGELES, CA 90028

*Policy Number*  7997-45-17

*Effective Date*  NOVEMBER 7, 2019

*Issued by the stock insurance company indicated below, herein called the company.*

**CHUBB NATIONAL**
**INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.*   0083393

*Producer*   ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

## Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From: NOVEMBER 7, 2019        To: NOVEMBER 7, 2020

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

_President_

_Secretary_

Authorized Representative

*Inland Marine Policy Section*

CHUBB®          *INLAND MARINE INSURANCE*

*Schedule of Forms*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

The following is a schedule of forms issued with the policy at inception:

| Form Number | | Form Name |
|---|---|---|
| 04-02-0630 | (Ed. 9-95) | INLAND MARINE DECLARATIONS SEPARATOR PAGE |
| 10-02-1739 | (Ed. 7-09) | DECLARATIONS - FILM PRODUCERS RISK |
| 10-02-1742 | (Ed. 7-09) | SUPPLEMENTARY DECLARATIONS |
| 10-02-1741 | (Ed. 6-07) | CAST INSURANCE SCHEDULE |
| 10-02-1741 | (Ed. 6-07) | CAST INSURANCE SCHEDULE |
| 10-02-1683 | (Ed. 7-09) | CONDITIONS, DEFINITIONS & ABANDONMENT PROV |
| 10-02-1684 | (Ed. 7-09) | CAST |
| 10-02-1734 | (Ed. 7-09) | CARE, CUSTODY OR CONTROL LEGAL LIABILITY |
| 10-02-1735 | (Ed. 7-09) | PROPERTY AND PRODUCTION MEDIA |
| 10-02-1736 | (Ed. 6-07) | IMPAIRMENT OF COMPUTER SVCS - MALICIOUS PROG |
| 10-02-1813 | (Ed. 6-07) | CA-CANCELLATION AND WHEN WE DO NOT RENEW |
| 10-02-1744 | (Ed. 7-09) | OPERATOR ERROR-PRODUCTION LOSS ADDL COVERAGE |
| 10-02-1747 | (Ed. 6-07) | CAST-CHILDHOOD DISEASE EXCLUDED-FILM PROD |
| 10-02-1748 | (Ed. 6-07) | CAST-OVERAGE/UNDERAGE EXCLUSION-FILM PROD |
| 10-02-1749 | (Ed. 6-07) | 269341.7 (11/19) CRISIS EVENT ADDL COVERAGE |
| 10-02-1752 | (Ed. 1-15) | EXCL OF CERT ACTS OF TERROR/EXCEP FOR FIRE |
| 10-02-2108 | (Ed. 7-09) | PRODUCTION COSTS DEFINITION AMENDED - FPR |

*last page*

**CHUBB®**

### Inland Marine Insurance
### Film Producers Risk

#### Declarations

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

*Named Insured and Mailing Address*

ALWAYS SMILING PRODUCTIONS, INC.
6225 W SUNSET BLVD STE 680
LOS ANGELES, CA 90028

*Policy Number*  7997-45-17

*Effective Date*  NOVEMBER 7, 2019

*Issued by the stock insurance company indicated below, herein called the company.*

**CHUBB NATIONAL**
**INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.*  0083393

*Producer*   ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

---

### Policy Period
From:   NOVEMBER 7, 2019        To:   NOVEMBER 7, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

### Limits Of Insurance And Deductibles
Insurance is afforded only with respect to those coverages for which a Limit Of Insurance is indicated below.

---

| | Limit Of Insurance | Deductible |
|---|---|---|
| **Insured Production:** | | |
| Weekly Episodic - 1 hour - 6 episode minimum | | |
| | | |
| **Title Of Production:** | | |
| "Always Smiling- Season 2" | | |
| | | |
| **Coverages** | | |
| **Cast** | | |
| Declared Person | $ 125,000,000 | $ 100,000 |
| Immediate Family Member | $ 1,500,000 | $ 50,000 |
| Unknown Pregnancy | $ 1,000,000 | $ 25,000 |
| Undeclared Person | $ 1,000,000 | $ 25,000 |
| | | |
| **Production Loss** | | |
| Production Media | $ 125,000,000 | $ 10,000 |
| Media Perils | $ 125,000,000 | $ 25,000 |
| Damage To Property | $ 5,000,000 | $ 10,000 |
| Civil Or Military Authority | $ 1,000,000 | $ 25,000 |

---

| Declarations (continued) | Limit Of Insurance | Deductible |
|---|---|---|
| Imminent Peril | $ 1,000,000 | $ 25,000 |
| Ingress And Egress | $ 1,000,000 | $ 25,000 |
| Off Premises Services | $ 1,000,000 | $ 15,000 |
| Strikes And Civil Protest | $ 1,000,000 | $ 15,000 |
| Operator Error - Production Media | $ 1,000,000 | $ 15,000 |

### Property

| | Limit Of Insurance | Deductible |
|---|---|---|
| Props, Sets And Wardrobe | $ 7,000,000 | $ 15,000 |
| Production Equipment | $ 5,000,000 | $ 5,000 |
| Office Contents | $ 250,000 | $ 2,500 |
| Money And Securities | $ 250,000 | $ 2,500 |
| Valuable Articles | $ 250,000 | $ 5,000 |
| Preparation Of Loss Fees | $ 25,000 | NIL |

### Care, Custody Or Control Legal Liability

| | Limit Of Insurance | Deductible |
|---|---|---|
| Care, Custody Or Control Legal Liability - Property Damage | $ 5,000,000 | $ 5,000 |
| Care, Custody Or Control Legal Liability - Loss Of Use | $ 1,000,000 | $ 1,000 |

### Impairment Of Computer Services - Malicious Programming

| | Limit Of Insurance | Deductible |
|---|---|---|
| Impairment Of Computer Services - Inside Attack | $ 100,000 | $ 2,500 |
| Impairment Of Computer Services - Outside Attack | $ 10,000 | $ 2,500 |
| Impairment Of Computer Services - Outside Attack - Annual Aggregate | $ 50,000 | $ 2,500 |

Chubb. Insured.℠

**CHUBB®**

**Inland Marine Insurance**
**Film Producers Risk**

**Supplementary Declarations**

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

ALWAYS SMILING PRODUCTIONS, INC.
6225 W SUNSET BLVD STE 680
LOS ANGELES, CA 90028

*Policy Number*   7997-45-17

*Effective Date*   NOVEMBER 7, 2019

*Issued by the stock insurance company*
*indicated below, herein called the*
*company.*

**CHUBB NATIONAL**
**INSURANCE COMPANY**

*Incorporated under the laws of*
*INDIANA*

*Producer No.*  0083393

*Producer*      ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
                505 N. BRAND BLVD. #600
                GLENDALE, CA 91203-0000

## Policy Period

From: NOVEMBER 7, 2019                To:  NOVEMBER 7, 2020
12:01 A.M. standard time at the Named Insured's mailing address.

## Film Producers $100,000 Blanket Limit Of Insurance

The Blanket Limit Of Insurance shown above applies:

• only for the Coverages shown below; and

• in excess of $2,500 for each **occurrence**.

At time of loss, the first Named Insured may elect to apportion this Blanket Limit Of Insurance to one or any combination of the Coverages shown, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit Of Insurance shown above.

Separate specific Limits Of Insurance may be purchased for each of these Coverages. If purchased, these Limits Of Insurance and any applicable deductible will be shown in the Declarations with the Coverage. When a specific Limit Of Insurance is purchased for any of these Coverages, such specific Limit Of Insurance will apply in addition to whatever amount the first Named Insured apportions to that coverage at time of loss as provided in the previous paragraphs.

## *Coverages Included In the Blanket Limit Of Insurance:*

*LIBRARY STOCK*

*CARE, CUSTODY OR CONTROL LEGAL LIABILITY – LIVING QUARTERS*

*ANIMALS*

*OFFICE CONTENTS - ADDITIONAL EXPENSE*

*SEIZURE OR QUARANTINE*

Chubb. Insured.℠

CHUBB°

**Inland Marine Insurance**

**Film Producers Risk**
**Cast**

## Table Of Contents

| Section | Page No. |
|---|---|

| Coverage | 3 |
| Additional Coverages | 3 |
| Attachment And Termination Of Coverage | 4 |
| Policy Exclusions | 5 |
| Limits Of Insurance | 5 |
| Deductible | 5 |
| Loss Determination | 6 |
| Loss Payment Limitations | 6 |
| Conditions (Including Coverage Territory) | 6 |
| Additional Conditions | 7 |
| Definitions | 7 |
| Additional Definitions | 8 |

I
N
L
A
N
D

M
A
R
I
N
E

C
O
N
T
R
A
C
T

F
I
L
M

P
R
O
D
U
C
E
R
S

C
A
S
T

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB®

*Cast*

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Conditions, Definitions And Abandonment Provision form included in this policy and the Additional Definitions section of this contract.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The following Coverage is provided only if a Limit Of Insurance applicable to such Coverage is shown in the Declarations.

## Coverage

### Declared Person

We will pay for the actual **production loss** you incur due to the inability of an **essential element** or other **declared person** to commence, continue or complete their duties or performances in an **insured production** as a result of a **covered cause of loss** of such **essential element** or other **declared person** which occurs during the policy period, not to exceed the applicable Limit Of Insurance for Declared Person shown under Cast in the Declarations.

The following Additional Coverages are provided only if a Limit Of Insurance applicable to such Additional Coverages is shown in the Declarations.

## Additional Coverages

### Immediate Family Member

We will pay for the actual **production loss** you incur due to the inability of a **declared person** to commence, continue or complete their duties or performances in an **insured production** as a result of:

- death;
- life threatening injury; or
- life threatening sickness,

of an **immediate family member** which occurs during the policy period, not to exceed the applicable Limit Of Insurance for Immediate Family Member shown under Cast in the Declarations.

This Additional Coverage applies only if such:

- threat to life first manifested; or
- death occurred,

after coverage begins for the **declared person** pursuant to the Attachment And Termination Of Coverage provision in this contract.

## *Additional Coverages*
(continued)

**Undeclared Person**

We will pay for the actual **production loss** you incur due to the inability of an **undeclared person** to commence, continue or complete their duties or performances in an **insured production** as a result of a **covered cause of loss** of such **undeclared person** which occurs during the policy period, not to exceed the applicable Limit Of Insurance for Undeclared Person shown in the Declarations.

**Preparation Of Loss Fees**

We will pay the reasonable and necessary expenses we require you to incur after covered **production loss,** to determine the extent of such loss, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown in the Declarations.

This Additional Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant or attorney; or

- of your subsidiaries or affiliates.

## **Attachment And Termination Of Coverage**

A.    The Declared Person Coverage begins:

    1.    on the effective date (Accident Only) applicable to the **declared person** shown in the Cast Insurance Schedule, if:

        a.    injury, sickness or death resulting from an **accident**;

        b.    kidnap; or

        c.    compulsion by physical force or threat of physical force,

    is the **covered cause of loss**; or

    2.    on the earlier of the:

        a.    date we approve the medical report applicable to the **declared person**;

        b.    date the medical report is made, if, due to circumstances beyond your control, we have not received the medical report within a reasonable time after the medical report is made; or

        c.    effective date (Full Coverage) applicable to the **declared person** shown in the Cast Insurance Schedule,

    when the **covered cause of loss** does not result from an **accident**.

B.    The Undeclared Person Additional Coverage begins on the date Principal Photography begins.

C.    The Immediate Family Member Additional Coverage begins on the effective date applicable to the **declared person** shown in the Cast Insurance Schedule.

D.    All coverages end when the first of the following occurs:

    1.    the policy expires or is terminated; or

    2.    completion of the **insured production**.

**CHUBB®**    *Cast*

| | |
|---|---|
| ***Policy Exclusions*** | The following Policy Exclusions apply to this contract. |

*Dishonesty*

This insurance does not apply to **production loss** caused by or resulting from fraudulent, dishonest or criminal acts or omission committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you.

*Nuclear Hazard*

This insurance does not apply to death, injury or sickness of a **declared person** or an **undeclared person** caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that direct or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the death, injury or sickness of a **declared person** or an **undeclared person**, even if such other cause or event would otherwise be covered.

*War And Military Action*

This insurance does not apply to death, injury or sickness of a **declared person** or an **undeclared person** caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly;

- contributes concurrently to; or
- contributes in any sequence to,

the death, injury or sickness of a **declared person** or an **undeclared person**, even if such other cause or event would otherwise be covered.

***Limits Of Insurance***

The most we will pay in any **occurrence** is the amount of **production loss**, not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Coverage or Additional Coverage appears in more than one contract which forms a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such coverages is the most we will pay in any **occurrence**, regardless of the number of contracts in which such Coverage or Additional Coverage appears.

***Deductible***

Subject to the applicable Limit Of Insurance, we will pay the amount of **production loss** in excess of the applicable deductible amount shown in the Declarations for each **occurrence**.

| | |
|---|---|
| ***Loss Determination*** | In making any loss determination under this coverage, we may utilize relevant sources of information, including: |

- your financial records and accounting procedures;

- bills, invoices and other vouchers;

- contracts;

- budgeting records; and

- scripts and other production documents.

## Loss Payment Limitations

| | |
|---|---|
| *Contract Terms* | We will not pay for any **production loss** you incur, unless the contract terms for: |

- performance services; or

- use of facilities, property, equipment and supplies,

applicable to an **insured production** are sufficiently longer than your original scheduled time for completion of such **insured production** in order to allow a reasonable margin of time to account for possible delays in completing such **insured production**.

| | |
|---|---|
| *Contribution With An Uninsured Event* | We will not pay for that part of any **production loss** attributable to or resulting from an uninsured cause or event, regardless of when such cause or event takes place. |
| *Ransom* | We will not pay for any **production loss** caused by or resulting from payment of money, securities, or other consideration surrendered for ransom. |
| *Stop Date Loss* | We will not pay for: |

- that part of any **stop date loss** caused by or resulting from any cause or event, other than a **covered cause of loss**; or

- any **stop date loss** when the performance contract term between you and a **declared person** or an **undeclared person** is not at least 10 days longer than your original scheduled time for completing Principal Photography.

| | |
|---|---|
| ***Conditions (Including Coverage Territory)*** | The conditions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional conditions are shown in the Additional Conditions section of this contract. |

**CHUBB®**          *Cast*

## Additional Conditions

**Medical Examination Of
A Declared Person**

A.   You agree to have any **declared person** examined by a duly qualified physician, designated or approved by us, not more than 30 days prior to commencement of their duties in the **insured production**. In addition, a medical questionnaire and certificate, in a form approved by us, must be:

1.   fully completed;

2.   signed by the examinee and the physician; and

3.   submitted to us.

B.   If a **declared person** in a television series is scheduled to work for no more than 5 episodes, you may choose to have such **declared person** complete a Medical Affidavit Of Good Health in lieu of the medical examination procedure outlined above. If you so choose, than coverage for such **declared person** will begin 96 hours prior to the commencement of Principal Photography of the first television episode in which such **declared person** works. However, any pre-existing health condition, reservation, exception or restriction listed in the medical affidavit or in the case history of the **declared person** shall be excluded unless approved by us.

C.   We agree to:

1.   review the medical certificate or Medical Affidavit Of Good Health promptly; and

2.   advise you, or your representative, within 5 business days of receipt by us of the medical certificate or Medical Affidavit Of Good Health, of:

a.   our approval or disapproval of a **declared person**; and

b.   any restrictions applicable to any **declared person**.

**Notice Of Incapacity Of A
Declared Person**

Immediately after you become aware of circumstances that may result in a **declared person** being unable to commence, continue or complete their duties, you shall notify us, and procure and immediately forward to us a written certification from a duly qualified physician detailing such circumstances. We have the right to have such **declared person** examined at all reasonable times by a physician duly authorized by us.

**Special Cast
Cancellation Provision**

Cast insurance may be cancelled at any time in accordance with the provisions contained in the Cancellation Common Policy Condition, in which case no further productions shall come within the scope of this coverage. However, cancellation shall not prejudice any **insured production** on which cast insurance has attached prior to the time cancellation becomes effective, except when the policy is cancelled for non-payment of premium.

**Your Obligation**

You will use due diligence to ascertain that any persons designated for coverage are in sound physical condition and of good health immediately prior to you designating them for coverage.

## Definitions

The definitions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional definitions are shown in the Additional Definitions section of this contract.

## *Additional Definitions*

*Accident*

**Accident** means a sudden, unforeseen and unexpected event which:

- happens by chance;
- arises from a source external to the **declared person**;
- is independent from sickness, disease or other bodily malfunction; and
- is the direct cause of loss.

*Covered Cause Of Loss*

**Covered cause of loss** means:

- death;
- injury;
- sickness;
- kidnap; or
- compulsion by physical force or threat of physical force.

**Covered cause of loss** does not mean:

A. death or injury caused by or resulting from taking part in:

   1. flying, other than as a passenger; or

   2. any stunt or hazardous special effect without our written consent;

B. pregnancy, childbirth or any other conditions related to pregnancy or childbirth; or

C. death, injury or sickness to the extent a special limitation shown in:

   1. the Cast Insurance Schedule; or

   2. an endorsement,

applies to a **declared person**.

*Declared Person*

**Declared person** means any individual listed on the Cast Insurance Schedule.

*Essential Element*

**Essential element** means any **declared person**:

- without whom the **insured production** can not be completed; and
- shown in the Cast Insurance Schedule under Essential Element.

CHUBB®          *Cast*

## *Additional Definitions*
(continued)

*Immediate Family Member*

**Immediate family member** means the **declared person**'s spouse or domestic partner and any person who is the following relation to the **declared person** or the **declared person**'s spouse or domestic partner:

- child;
- grandchild;
- grandparent;
- parent;
- parent-in-law;
- sibling;
- sibling-in-law;
- step-child;
- step-parent; or
- step-sibling.

*Undeclared Person*

**Undeclared person** means any member of your cast or crew that is not a **declared person**.

CHUBB®

**Inland Marine Insurance**

**Film Producers Risk**
**Property And Production Media**

**Table Of Contents**

| Section | Page No. |
|---|---|
| Production Loss Coverages | 3 |
| Production Loss Additional Coverages | 3 |
| Property Coverages | 6 |
| Attachment And Termination Of Production Media Coverage | 7 |
| Policy Exclusions | 8 |
| Production Media Exclusions | 11 |
| Property And Production Loss Exclusions | 12 |
| Accounts Receivable Exclusions | 15 |
| Money And Securities Exclusions | 15 |
| Limits Of Insurance | 16 |
| Deductible | 17 |
| Loss Determination For Production Loss | 17 |
| Loss Payment Limitations | 17 |
| Loss Payment Basis For Property | 20 |
| Loss Payment Basis Exceptions For Property | 21 |
| Conditions (Including Coverage Territory) | 23 |
| Definitions | 23 |
| Additional Definitions | 23 |

INLAND MARINE CONTRACT

PROPERTY AND PRODUCTION MEDIA

FILM PRODUCERS

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB°**     *Property And Production Media*

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Conditions, Definitions And Abandonment Provision form included in this policy.

Throughout this contract the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The following Production Loss Coverages are provided only if a Limit Of Insurance applicable to such Coverages is shown in the Declarations.

## Production Loss Coverages

### Production Media

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from direct physical loss or damage to **production media** used or to be used in an **insured production**, caused by or resulting from:

- a **media peril**, not to exceed the applicable Limit Of Insurance for Media Perils; or

- all other perils not otherwise excluded, not to exceed the applicable Limit Of Insurance for Production Media,

shown under Production Loss in the Declarations.

### Damage To Property

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from direct physical loss or damage to **property** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Damage To Property shown under Production Loss in the Declarations.

### Animals

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from direct physical loss or damage to animals used or to be used in an **insured production** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Animals shown in the Declarations.

## Production Loss Additional Coverages

The following Production Loss Additional Coverages are provided only if a Limit Of Insurance applicable to such Additional Coverages is shown in the Declarations.

### Civil Or Military Authority

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** directly caused by the action of a civil or military authority acting within the United States Of America, (including its territories and possessions), Puerto Rico, Canada, Australia, New Zealand, or **Western Europe** that:

- revokes your permission to use; or

- prohibits access to,

property or facilities which are used or to be used in an **insured production**, not to exceed the applicable Limit Of Insurance for Civil Or Military Authority shown under Production Loss in the Declarations.

## *Production Loss*
## *Additional Coverages*

| | |
|---|---|
| *Civil Or Military Authority* *(continued)* | This Production Loss Additional Coverage does not apply if the action of a civil or military authority is caused by or results from: |

- your failure to obtain or maintain a permit;

- revocation of a permit or other authorization caused by or resulting from your actions; or

- a peril excluded under the Policy Exclusions.

*Imminent Peril*

We will pay for the:

- reasonable and necessary costs you incur to protect persons and property at a **location** from imminent direct physical loss or damage caused by or resulting from a peril not otherwise excluded; and

- **production loss** you incur due to the actual or potential impairment of an **insured production** due to actions you must take to protect persons or property at a **location** from imminent direct physical loss or damage caused by or resulting from a peril not otherwise excluded,

not to exceed the applicable Limit Of Insurance for Imminent Peril shown under Production Loss in the Declarations.

This Production Loss Additional Coverage does not apply to weather events that typically occur at the **location** where you protect persons or property.

*Ingress And Egress*

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** when ingress to or egress from a **location** is prevented due to direct physical loss or damage to property at a premises contiguous to such **location** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Ingress And Egress shown under Production Loss in the Declarations.

*Mechanical Breakdown*

We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from mechanical breakdown of **property**, not to exceed the applicable Limit Of Insurance for Damage To Property shown under Production Loss in the Declarations.

This Production Loss Additional Coverage:

- applies only if the **property** was fully tested and in good working order before the **property** was used; and

- does not apply to motor vehicles.

**CHUBB**°                **Property And Production Media**

***Production Loss
Additional Coverages***
(continued)

| | |
|---|---|
| *Off Premises Services* | We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from direct physical loss or damage to property, other than: |

- property used or to be used in an **insured production**; and
- property at a **location**,

that is necessary to supply your **location** with:

- water supply;
- communication supply;
- power supply;
- natural gas supply;
- sewage treatment; or
- **on-line access**,

services, not to exceed the applicable Limit Of Insurance for Off Premises Services shown under Production Loss in the Declarations.

We will pay such loss provided that the disruption of services:

- is not due to your failure to comply with the terms and conditions of any contract; and
- has been reported to the service provider.

| | |
|---|---|
| *Seizure Or Quarantine* | We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from the seizure or quarantine of **property** by order of governmental or military authority, not to exceed the applicable Limit Of Insurance for Seizure Or Quarantine shown in the Declarations. |

| | |
|---|---|
| *Strikes And Civil Protest* | We will pay for the actual **production loss** you incur due to the actual or potential impairment of an **insured production** caused by or resulting from any: |

- strike or other labor action; or
- civil protest,

by any person or organization that physically interferes with your access or use of a shooting location, not to exceed the applicable Limit Of Insurance for Strikes And Civil Protest shown under Production Loss in the Declarations.

*Production Loss*
*Additional Coverages*

| | |
|---|---|
| *Strikes And Civil Protest*<br>*(continued)* | This Production Loss Additional Coverage does not apply to: |

A.    strikes or other labor actions by any person or organization:

    1.    that is part of the film or television industry;

    2.    employed by or under contract with a person or organization that is part of the film or television industry; or

    3.    employed by or under contract with you; or

B.    civil protest directed at the **insured production**.

The following Property Coverages apply only if a Limit Of Insurance applicable to such Coverages is shown in the Declarations.

## Property Coverages

| | |
|---|---|
| *Props, Sets And*<br>*Wardrobe* | We will pay for direct physical loss or damage to **props, sets and wardrobe** used or to be used in an **insured production** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Props, Sets and Wardrobe shown under Property in the Declarations. |
| *Production Equipment* | We will pay for direct physical loss or damage to **production equipment** used or to be used in an **insured production** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Production Equipment shown under Property in the Declarations. |
| *Office Contents* | We will pay for: |

•    direct physical loss or damage to **office contents**; and

•    **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to **account receivable records**,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Office Contents shown under Property in the Declarations.

| | |
|---|---|
| *Office Contents –*<br>*Additional Expense* | We will pay for the additional expenses you incur to move **office contents** to another location as a result of direct physical loss or damage to such **office contents** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Office Contents – Additional Expense shown under Property in the Declarations. |
| *Library Stock* | We will pay for direct physical loss or damage to **library stock** used or to be used in an **insured production** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Library Stock shown under Property in the Declarations. |

**CHUBB**®                   *Property And Production Media*

## Property Coverages
(continued)

**Animals**

We will pay for direct physical loss or damage to animals used or to be used in an **insured production** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Animals shown in the Declarations.

**Money And Securities**

We will pay for direct physical loss or damage to **money** or **securities**:

- in the custody of an armored motor vehicle company;

- in the possession of any person authorized by you, but not while in the mail or in the custody of a carrier for hire, other than an armored motor vehicle company;

- while at a **location**;

- in a bank; or

- in a recognized place of safe deposit,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Money And Securities shown under Property in the Declarations.

**Preparation Of Loss Fees**

We will pay the reasonable and necessary expenses we require you to incur after covered:

- direct physical loss or damage; or

- **production loss**,

to determine the extent of such loss or damage, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown in the Declarations.

This Property Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant or attorney; or

- of your subsidiaries or affiliates.

**Attachment And Termination Of Production Media Coverage**

For **production media**, coverage:

A.   begins on the effective date for Production Media Production Loss Coverage shown in the Declarations; and

B.   ends when the first of the following occurs:

    1.   the date on which a protection copy has been completed and stored in an area physically separated from the original **production media**;

    2.   30 days after completion of post production;

    3.   the expiration date shown in the Declarations; or

    4.   the policy is cancelled.

The following Policy Exclusions apply to all coverages in this contract.

## Policy Exclusions

### Disappearance

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from:

- disappearance; or
- shortage disclosed on taking inventory,

when there is no physical evidence to show what happened.

This Disappearance exclusion does not apply to loss or damage or **production loss** caused by or resulting from a peril not otherwise excluded.

### Dishonesty

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from fraudulent, dishonest or criminal acts or omission committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply:

A.   to acts of vandalism;

B.   to acts committed by carriers or warehousemen for hire or anyone claiming to be a carrier or warehousemen for hire, other than:

  1.   you, your partners, directors, trustees and employees;

  2.   anyone performing acts coming within the scope of the usual duties of your employees; or

  3.   anyone authorized to act for you;

C.   with respect to the Money and Securities Property Coverage only, to acts committed by any of your employees, other than your partners, members, officers, directors or trustees; or

D.   to ensuing loss or damage or **production loss** caused by or resulting from a peril not otherwise excluded.

**CHUBB**°          *Property And Production Media*

### *Policy Exclusions*
*(continued)*

| | |
|---|---|
| *Errors In Systems Programming* | This insurance does not apply to: |

- loss or damage; or
- **production loss**,

caused by or resulting from:

A.    errors or omissions in the development of, programming of, or instructions to:

    1.    **electronic data processing property**; or

    2.    a machine; or

B.    **electronic data** which is faulty, inadequate or defective for the use intended at the time of loss or damage.

This Errors In Systems Programming exclusion does not apply to:

- ensuing loss or damage or **production loss** caused by or resulting from a **specified peril**; or
- **production media**.

| | |
|---|---|
| *Governmental Or Military Action* | This insurance does not apply to: |

- loss or damage; or
- **production loss**,

caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

This Governmental Or Military Action exclusion does not apply to:

- loss or damage or **production loss** caused by or resulting from acts of destruction ordered by governmental or military authority when taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance; or
- actual **production loss** incurred as provided under the Seizure Or Quarantine Production Loss Additional Coverage.

## *Policy Exclusions*
(continued)

*Nuclear Hazard*

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

This Nuclear Hazard exclusion does not apply to ensuing loss or damage caused by or resulting from fire, if the fire would be covered under this insurance and there is a law in effect in the jurisdiction where the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

*Utility Supply Failure*

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from suspension or reduction of:

- water services;
- electrical or other power services;
- natural gas or other fuel services; or
- Internet or other communication services,

regardless of any other cause or event that:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

This Utility Supply Failure exclusion does not apply:

- if the suspension or reduction of such services is the direct result of direct physical loss or damage caused by or resulting from a peril not otherwise excluded; or
- to ensuing loss or damage or **production loss** caused by or resulting from a **specified peril**.

CHUBB°                    **Property And Production Media**

## Policy Exclusions
(continued)

*War And Military Action*

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

## Production Media Exclusions

In addition to the Policy Exclusions, the following exclusions apply to **production media**.

*Destruction*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from intentional destruction of duplicate work prints or retakes by you or at your direction.

*Deterioration Or Decay*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from deterioration or decay.

*Errors In Judgment*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from errors in judgment of photography, lighting or sound.

*Use Of Incorrect Camera*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from the use of an incorrect type of:

- camera;
- lens;
- raw film; or
- tape stock.

**Property And Production Loss Exclusions**

In addition to the Policy Exclusions, the following exclusions apply to all Property and Production Loss Coverages, except for the:

- Production Media Production Loss Coverage;

- Civil Or Military Authority Production Loss Additional Coverage; or

- Money and Securities Property Coverage,

unless otherwise stated below.

**Acts Or Decisions**

This insurance does not apply to:

- loss or damage; or

- **production loss**,

caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage or **production loss** caused by or resulting from a peril not otherwise excluded.

**Business Errors**

This insurance does not apply to:

- loss or damage; or

- **production loss**,

caused by or resulting from errors in the:

- altering;

- calibrating;

- constructing;

- developing;

- distributing;

- installing;

- manufacturing;

- maintaining;

- processing;

- repairing;

- researching; or

- testing,

of part or all of any property.

This Business Errors exclusion does not apply to:

- loss or damage that results to other covered property; or

- ensuing loss or damage or **production loss** caused by or resulting from a **specified peril**.

CHUBB°                    **Property And Production Media**

*Property And
Production Loss
Exclusions*
(continued)

*Fungus*

This insurance does not apply to loss or damage or **production loss**:

- which is **fungus**;

- which is in any way attributed to the presence of **fungus**; or

- caused by or resulting from **fungus**,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage or **production loss**, even if such cause or event would otherwise be covered.

This Fungus exclusion does not apply when the presence of **fungus** results from:

- explosion;

- fire;

- leakage from fire protection equipment; or

- lightning.

*Inherent Vice/Latent
Defect*

This insurance does not apply to:

- loss or damage; or

- **production loss**,

caused by or resulting from inherent vice or latent defect.

This Inherent Vice/Latent Defect exclusion does not apply to:

- loss or damage or **production loss** caused by or resulting from a **specified peril**; or

- ensuing loss or damage or **production loss** caused by or resulting from a **specified peril** or **water**.

*Insects Or Animals*

This insurance does not apply to:

- loss or damage; or

- **production loss**,

caused by or resulting from nesting or infestation by, or discharge or release of waste products or secretions of any insect or other animal.

This Insects Or Animals exclusion does not apply to ensuing loss or damage or **production loss** caused by or resulting from a peril not otherwise excluded.

### Property And Production Loss Exclusions
(continued)

**Mechanical Breakdown**

This insurance does not apply to:

- loss or damage; or
- **production loss,**

caused by or resulting from mechanical breakdown.

This Mechanical Breakdown exclusion does not apply to:

- ensuing loss or damage or **production loss** caused by or resulting from fire; or
- the Mechanical Breakdown Production Loss Additional Coverage.

**Planning, Design, Materials Or Maintenance**

This insurance does not apply to:

- loss or damage; or
- **production loss,**

(including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

- planning, zoning, development, surveying or site selection;
- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading or compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance,

of part or all of any property wherever located.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage or **production loss** caused by or resulting from a peril not otherwise excluded.

**Pollutants**

This insurance does not apply to:

- loss or damage caused by or resulting from the mixture of or contact between property and a **pollutant**; or
- **production loss** caused by or resulting from the mixture of or contact between property and a **pollutant** which is used or to be used in an **insured production,**

when such mixture or contact causes the property to be impure and harmful to:

- itself or other property;
- persons, animals or plants;
- land, water or air; or
- any other part of an environment,

**CHUBB°**   *Property And Production Media*

### Property And Production Loss Exclusions

**Pollutants**
(continued)

either inside or outside of a building or other structure, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

This Pollutants exclusion does not apply to:

A.   the mixture of or contact between property and **pollutants** if the mixture or contact is directly caused by or directly results from a **specified peril**;

B.   any solid, liquid or gas used to suppress fire; or

C.   **water**.

Paragraphs B. and C. do not apply to loss or damage involving:

- viruses or pathogens; or

- ammonia.

**Wear And Tear**

This insurance does not apply to:

- loss or damage; or

- **production loss**,

caused by or resulting from wear and tear or deterioration.

This Wear And Tear exclusion does not apply to ensuing loss or damage or **production loss** caused by or resulting from a **specified peril** or **water**.

### Accounts Receivable Exclusions

In addition to the Policy Exclusions, the following exclusions apply to **accounts receivable records**.

**Audit**

This insurance does not apply to loss or damage disclosed by an audit or inventory count. In the event the loss or damage is established by independent means, you may use an audit or inventory count to support your claim for that loss.

**Bookkeeping**

This insurance does not apply bookkeeping, accounting or billing errors or omissions.

### Money And Securities Exclusions

In addition to the Policy Exclusions, the following exclusions apply to **money** and **securities**.

**Accounting**

This insurance does not apply to accounting, mathematical or record-keeping errors.

## *Money And Securities Exclusions*
*(continued)*

| | |
|---|---|
| *Books And Records* | This insurance does not apply to loss or damage to manuscripts, records, accounts, media, microfilm or tapes. |

*Expenses*

This insurance does not apply to any fees, costs or expenses you incur or pay in:

- establishing the existence or the amount of any loss or damage; or

- prosecuting or defending any legal proceeding or claim, whether or not any such proceeding results or would result in a loss or damage covered under this insurance.

*Fire To Property Of Others*

This insurance does not apply to loss or damage caused by or resulting from fire to property of others that you hold as a pledge or as collateral.

*Forgery*

This insurance does not apply to loss or damage caused by or resulting from forgery.

*Income, Interest Or Dividends*

This insurance does not apply to loss of income, interest or dividends.

*Kidnap/Ransom Or Extortion*

This insurance does not apply to loss or damage caused by or resulting from kidnap/ransom or other extortion payments surrendered to any person as a result of a threat to do:

- bodily harm to any person; or

- damage to the premises or other property owned by you or held by you in any capacity.

This Kidnap/Ransom Or Extortion exclusion does not apply to **robbery of money or securities**.

### *Limits Of Insurance*

Except as provided under Special Limits - Props, Sets And Wardrobe Limit Of Insurance, the most we will pay in any **occurrence** is the amount of:

- **production loss**; or

- loss or damage,

not to exceed the applicable Limit Of Insurance shown in the Declarations, regardless of whether any Coverage or Additional Coverage appears in any other contract or contracts which form a part of this policy.

*Special Limits-Props, Sets And Wardrobe*

The most we will pay in any **occurrence** for **props, sets and wardrobe** is the amount of loss or damage, not to exceed the applicable Limit Of Insurance for Props, Sets And Wardrobe shown in the Declarations, except that in the event of loss or damage to **valuable articles**, the most we will pay in any **occurrence** is:

- the applicable Limit Of Insurance for Valuable Articles shown in the Declarations; or

CHUBB°          **Property And Production Media**

## Limits Of Insurance

**Special Limits-Props,**
**Sets And Wardrobe**
*(continued)*

•    $25,000,

whichever is greater.

---

**Deductible**

Subject to the applicable Limit Of Insurance, we will pay the amount of:

•    **production loss**; or

•    loss or damage,

in excess of the applicable deductible amount shown in the Declarations for each **occurrence**, except as otherwise stated under Special Deductible For Mobile Communication Property.

Except for the Special Deductible For Mobile Communication Property, if two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

**Special Deductible For**
**Mobile Communication**
**Property**

Subject to the applicable Limit Of Insurance, we will pay the amount of direct physical loss or damage to **mobile communication property** in excess of the greater of the applicable deductible amount for:

•    Office Contents;

•    Production Equipment; or

•    Mobile Communication Property,

shown in the Declarations for each **occurrence**.

---

**Loss Determination**
**For Production Loss**

In making any loss determination under this coverage, we may utilize relevant sources of information, including:

•    your financial records and accounting procedures;

•    bills, invoices and other vouchers;

•    contracts;

•    budgeting records; and

•    scripts and other production documents.

---

**Loss Payment**
**Limitations**

**Contribution With**
**Uninsured Event**

We will not pay for that part of any **production loss** attributable to or resulting from an uninsured cause or event, regardless of when such cause or event takes place.

---

### *Loss Payment Limitations*
(continued)

| | |
|---|---|
| *Contract Terms* | We will not pay for any **production loss** you incur, unless the contract terms for: |

- performance services; or
- use of facilities, property, equipment and supplies,

applicable to an **insured production** are sufficiently longer than your original scheduled time for completion of such **insured production** in order to allow a reasonable margin of time to cover possible delay in completing such **insured production**.

| | |
|---|---|
| *Electronic Data* | We will not pay for any: |

- loss or damage to **electronic data**; or
- **production loss** caused by or resulting from loss or damage to **electronic data**,

caused by or resulting from **malicious programming**, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage or **production loss**, even if such other cause or event would otherwise be covered.

| | |
|---|---|
| *Expected Or Intended Losses* | We will not pay for that part of any: |

- loss or damage; or
- **production loss**,

arising from an act or decision (including the failure to act or decide):

- by you;
- at your direction; or
- with your knowledge,

if such loss or damage or **production loss** is:

- intended by you;
- reasonably expected to result from **insured production** activities; or
- otherwise reasonably expected to result from the act or decision.

| | |
|---|---|
| *Exposed Production Media* | You will use your best efforts to view **production media** on a daily basis. We will not pay for any **production loss** you incur attributable to **production media** that you expose more than five days after the last time you viewed exposed **production media**. |

For the purposes of this Loss Payment Limitation, the terms "view" or "viewed" shall mean in a manner adequate to identify defects.

**CHUBB**°                    *Property And Production Media*

*Loss Payment*
*Limitations*
(continued)

| | |
|---|---|
| *Library Or Other Stock* | We will not pay for any **production loss** caused by or resulting from direct physical loss or damage to: |

- **library stock**;
- back-up tape;
- cut-outs; or
- unused footage.

| | |
|---|---|
| *Payment Made By Others (Money And Securities)* | We will deduct from any payment we make for loss or damage to **money** or **securities** the amount you recover from: |

- any contract you have with an armored vehicle company;
- insurance carried by an armored vehicle company; and
- insurance carried by others.

| | |
|---|---|
| *Stop Date Loss* | We will not pay for: |

- that part of any **stop date loss** caused by or resulting from any cause or event, other than covered direct physical loss or damage to **production media** or **property**; and
- any **stop date loss** when the performance contract term between you and any **declared person** or an **undeclared person** is not at least 10 days longer than your original scheduled time for completing Principal Photography.

| | |
|---|---|
| *Suitable Duplicates* | We will not pay for any costs you incur to recreate source material or the information contained in **production media** if: |

- such **production media** was lost or damaged prior to creation of a protection copy; and
- you did not retain the source material.

| | |
|---|---|
| *Tenant's Improvements And Betterments* | We will not pay for that part of any lost or damaged **tenant's improvements and betterments** which is paid by others. |

| | |
|---|---|
| *Travel And Transportation* | We will not pay for any **production loss** you incur due to delay in transit of any **property** or **production media**. |

**Loss Payment
Limitations**
*(continued)*

*Working Equipment*

We will not pay for that part of any **production loss** attributable to:

- camera or sound equipment; or

- **production media**,

that you have not fully tested for soundness prior to commencement of Principal Photography.

The sworn proof of loss required pursuant to the Loss Payment condition of this policy shall include evidence of testing. You shall bear the burden of proof with respect to any dispute over your compliance with this requirement.

**Loss Payment Basis
For Property**

The following Loss Payment Basis For Property provisions apply to all property coverages contained within this contract, except as otherwise stated.

Subject to the applicable Limit Of Insurance shown in the Declarations:

A.  covered property, except motor vehicles, is valued on a replacement cost basis as described below, unless:

    1.  the Loss Payment Basis shown in the Declarations is Actual Cash Value; or

    2.  otherwise stated under Loss Payment Basis Exceptions For Property; and

B.  motor vehicles are valued on an actual cash value basis as described below.

*Our Loss Payment
Options*

In the event of loss or damage covered by this insurance, at our option we will either:

- pay the covered value of the lost or damaged covered property;

- pay the cost of repairing or replacing the lost or damaged covered property plus any reduction in value of the repaired item;

- take all or any part of the covered property at an agreed or appraised value; or

- repair or replace the covered property with other such property of comparable material and quality.

*Replacement Cost Basis*

Lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage, but not more than you actually spend to repair or replace such property. There is no deduction for physical deterioration or depreciation.

If you replace the lost or damaged covered property, the valuation will include customs duties incurred.

If you do not repair or replace the covered property, we will only pay as provided under Actual Cash Value Basis.

Payment under the Replacement Cost Basis will not be made until the completion of the repairs or the replacement of the covered property.

**CHUBB®**          *Property And Production Media*

### Loss Payment Basis For Property
*(continued)*

*Actual Cash Value Basis*   If the Loss Payment Basis shown in the Declarations is actual cash value, lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage with material of like kind and quality, less allowance for each of the following:

- physical deterioration;

- physical depreciation;

- obsolescence; and

- depletion.

Motor vehicles are valued on an actual cash value basis as described above.

### Loss Payment Basis Exceptions For Property

*Accounts Receivable*   **Accounts receivable** loss payment will be determined as follows:

A.  when there is proof that a covered loss has occurred but you cannot accurately establish the amount of **accounts receivable** outstanding at the time of the loss, the amount of the loss will be based on your latest financial statements and will be computed as follows:

  1.  determine the amount of all outstanding **accounts receivable** at the end of the same month in the year immediately preceding the year in which the loss occurred;

  2.  determine your total gross sales of goods and services for the 12-month period immediately preceding the month in which the loss occurred;

  3.  determine your total gross sales of goods and services for the 12-month period immediately preceding the same month in the year immediately preceding the year in which the loss occurred;

  4.  calculate the percentage increase or decrease of step 2 over step 3;

  5.  the total amount of **accounts receivable** as of the last day of the month in which the loss occurs will be the amount determined in step 1., increased or decreased by the percentage in step 4.; and

  6.  the established monthly amount of **accounts receivable** will be adjusted for the normal fluctuation in the amount of **accounts receivable** in the month in which the loss occurs;

B.  we will deduct from the established total amount of **accounts receivable**:

  1.  the amount of any accounts evidenced by records not lost or damaged;

  2.  any other amounts you are able to establish or collect; and

  3.  an amount to allow for probable bad debts, returns, discounts and allowances which you normally would have been unable to collect;

C.  if you recover the amount of any **accounts receivable** that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any **accounts receivable** you recover in excess of the amount of the paid loss;

### *Loss Payment Basis Exceptions For Property*

*Accounts Receivable (continued)*

D.    you shall take reasonable measures to attempt the reproduction of **accounts receivable records** in an effort to mitigate your **accounts receivable** loss.

*Animals*

Animals are valued at the cost to replace with the same type of animal, unless otherwise scheduled with a stipulated amount.

*Covered Property Of Others*

Covered property not owned by you is valued on the same basis as your covered property, subject to all other exceptions described under Loss Payment Basis Exceptions For Property, but we will not pay more than the amount for which you are contractually liable.

*Electronic Data*

**Electronic Data** is valued on the full cost of replacement or reproduction at the time of direct physical loss or damage when the **electronic data** is actually replaced or reproduced.

If the **electronic data** is not replaced or reproduced, the value is based on the cost of replacing **blank media**.

*Library Stock*

**Library stock** is valued based on the cost of copying the **library stock** from a duplicate source.

If **library stock** is not copied, the value is based on the cost of blank materials.

*Money*

**Money** is valued based on:

- the face value of United States or Canadian currency if the loss involves United States or Canadian currency; or
- the United States dollar value of a foreign currency based on the free currency rate of exchange in effect on the day any loss involving foreign currency is discovered.

If the loss occurs before the **money** has been counted and recorded by you, the value of the **money** will not exceed the amount that is reasonably estimated and satisfactory to us.

*Nuclear Hazard*

Covered property which suffers direct physical loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination, is valued on an actual cash value basis, subject to all other exceptions described under Loss Payment Basis Exceptions For Property.

*Securities*

**Securities** are valued based on the lesser of the following:

- the actual market value of the **securities** at the end of the last business day before the loss is discovered; or
- the actual cost of replacing the **securities** on the day loss payment is made.

**CHUBB**°      *Property And Production Media*

*Loss Payment Basis
Exceptions For
Property*

*Securities*
*(continued)*

Property of others that you hold as a pledge or as collateral for a loan is valued at:

- actual cash value at the time you made the loan; or

- the amount of the loan that remains unpaid at the time of loss, plus accrued interest on that amount at legal interest rates.

*Valuable Papers*

**Valuable papers** are valued on the full cost of replacement or reproduction at the time of direct physical loss or damage when they are actually replaced or reproduced.

If **valuable papers** are not replaced or reproduced, the value is based on the cost of blank materials.

*Conditions (Including
Coverage Territory)*

The conditions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy.

*Definitions*

The definitions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional definitions are shown in the Additional Definitions section of this contract.

*Additional Definitions*

*Western Europe*

**Western Europe means:**

- Andorra;

- Austria;

- Belgium;

- Denmark;

- Finland;

- France;

- Germany;

- Gibraltar;

- Greece;

- Iceland;

- Ireland;

- Italy;

## *Additional Definitions*

*Western Europe*
(continued)

- Liechtenstein;
- Luxembourg;
- Malta;
- Monaco;
- Netherlands;
- Norway;
- Portugal;
- San Marino;
- Spain;
- Sweden;
- Switzerland; or
- United Kingdom.

**CHUBB®**

*Inland Marine Insurance*

*Film Producers Risk*
*Care, Custody Or Control Legal Liability*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Coverages | 3 |
| Investigation, Defense And Settlements | 4 |
| Supplementary Payments | 4 |
| Who Is An Insured | 5 |
| Limits Of Insurance | 7 |
| Deductible | 7 |
| Policy Exclusions | 7 |
| Conditions (Including Coverage Territory) | 11 |
| Additional Conditions | 11 |
| Amended Conditions | 11 |
| Definitions | 13 |
| Additional Definitions | 13 |
| Amended Definition | 14 |

I N L A N D   M A R I N E   C O N T R A C T   C A R E,   C U S T O D Y   O R   C O N T R O L   L E G A L   L I A B I L I T Y

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB°     *Care, Custody Or Control Legal Liability*

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Conditions, Definitions And Abandonment Provision form included in this policy and the Additional Definitions and the Amended Definitions sections of this contract.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we", "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured,** other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

## Coverages

*Care, Custody Or Control Legal Liability – Property Damage*

Subject to the applicable Limit Of Insurance for Care, Custody Or Control Legal Liability – Property Damage shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay by reason of liability imposed by law because of direct physical loss or damage to **covered property** used or to be used in an **insured production** caused by an accident and arising out of a peril not otherwise excluded.

This insurance applies to direct physical loss or damage to **covered property** which occurs during the policy period.

This Coverage does not apply to damages for loss of use.

*Care, Custody Or Control Legal Liability – Loss Of Use*

Subject to the applicable Limit Of Insurance for Care, Custody Or Control Legal Liability – Loss Of Use shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay by reason of liability imposed by law because of the actual loss of use of:

·     **covered property;**

·     **props, sets and wardrobe;** or

·     **production equipment,**

used or to be used in an **insured production** caused by an accident and arising out of a peril not otherwise excluded.

This insurance applies to actual loss of use which occurs during the policy period.

Actual loss of use of:

·     **covered property;**

·     **props, sets and wardrobe;** or

·     **production equipment,**

that does not suffer direct physical loss or damage shall be deemed to occur at the time of the accident that caused it.

## Coverages
(continued)

| | |
|---|---|
| **Care, Custody Or Control Legal Liability – Living Quarters** | Subject to the Limit Of Insurance for Care, Custody Or Control Legal Liability – Living Quarters shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay by reason of liability imposed by law because of: |

- direct physical loss or damage to property used as living quarters for your cast or crew; and
- resulting actual loss of use of property used as living quarters for your cast or crew,

caused by an accident and arising out of a peril not otherwise excluded.

This insurance applies to direct physical loss or damage and actual loss of use which occurs during the policy period.

**Care, Custody Or Control Legal Liability – Animals**

Subject to the Limit Of Insurance for Animals shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay by reason of liability imposed by law because of:

- direct physical loss or damage to animals; and
- resulting actual loss of use of such animals,

used or to be used in an **insured production** caused by an accident and arising out of a peril not otherwise excluded.

This insurance applies to direct physical loss or damage and actual loss of use which occurs during the policy period.

**Investigation, Defense And Settlements**

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend the **insured**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

We may, at our discretion, investigate any accident and settle any claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

**Supplementary Payments**

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A. the expense we incur.

B. the cost of:

    1. bail bonds; or

    2. bonds required to:

        a. appeal judgments; or

**CHUBB**®   *Care, Custody Or Control Legal Liability*

**Supplementary Payments**
*(continued)*

    b.    release attachments,

but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.

C.    reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.

D.    costs taxed against the **insured** in the **suit**, except any:

    1.    attorney fees or litigation expenses; or

    2.    other loss, cost or expense;

in connection with any injunction or other equitable relief.

E.    prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

F.    interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

These payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

## Who Is An Insured

**Sole Proprietorships**

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are sole owner.

If you die:

- persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and

- your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

**Partnerships Or Joint Ventures**

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

**Limited Liability Companies**

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

## *Who Is An Insured*
(continued)

| | |
|---|---|
| *Other Organizations* | If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders. |
| *Employees* | Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. |
| | However, no **employee** is an **insured** for loss or damage to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or by any of your **employees**. |
| *Volunteers* | Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction. |
| *Real Estate Managers* | Persons (other than your **employees**) or organizations acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers. |

*Loan-Out Companies*

**Loan-out companies** and their **employees** are **insureds**, but they are **insureds** only with respect to their liability for:

· direct physical loss or damage; or

· loss of use of **covered property**, **props**, **sets and wardrobe** or **production equipment**,

arising out of the **insured production**.

*Subsidiary Or Newly Acquired Or Formed Organizations*

If there is no other insurance available, the following organizations will qualify as named **insureds**:

· a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or

· a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

*Limitations On Who Is An Insured*

A.   Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B.   No person or organization is an **insured** with respect to the:

1.   ownership, maintenance or use of any assets; or

**CHUBB°**     *Care, Custody Or Control Legal Liability*

## Who Is An Insured

*Limitations On Who Is
An Insured
(continued)*

2. conduct of any person or organization whose assets, business or organization,

you acquire, either directly or indirectly, for any loss or damage, in whole or in part, before you, directly or indirectly, acquired such assets, business or organization.

## Limits Of Insurance

The applicable Limit Of Insurance for:

- Care, Custody Or Control Legal Liability – Property Damage;
- Care, Custody Or Control Legal Liability – Loss Of Use;
- Care, Custody Or Control Legal Liability – Living Quarters; or
- Animals,

shown in the Declarations, is the most we will pay for damages, regardless of the number of:

- **insureds**;
- claims made or **suits** brought; or
- persons or organizations making claims or bringing **suits**.

## Deductible

Subject to the applicable Limit Of Insurance for:

- Care, Custody Or Control Legal Liability – Property Damage;
- Care, Custody Or Control Legal Liability – Loss Of Use;
- Care, Custody Or Control Legal Liability – Living Quarters; or
- Animals,

shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay in excess of the applicable deductible amount shown in the Declarations for each accident.

## Policy Exclusions

The following Policy Exclusions apply to this contract.

*Acts Or Decisions*

This insurance does not apply to loss or damage arising out of acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage arising out of a peril not otherwise excluded.

*Business Errors*

This insurance does not apply to loss or damage arising out of errors in the:

- altering;
- calibrating;
- constructing;
- developing;

## Policy Exclusions

**Business Errors**
*(continued)*

- distributing;
- installing;
- manufacturing;
- maintaining;
- processing;
- repairing;
- researching; or
- testing,

of part or all of any property.

This Business Errors exclusion does not apply to:

- loss or damage that results to other **covered property**; or
- ensuing loss or damage arising out of a **specified peril**.

**Contractual Liability**

This insurance does not apply to the defense of any claim or **suit** or payment of any damages that you are legally liable to pay solely by reason of your assumption of liability of a third party in a contract or agreement.

**Disappearance**

This insurance does not apply to loss or damage arising out of:

- disappearance; or
- shortage disclosed on taking inventory,

where there is no physical evidence to show what happened.

This Disappearance exclusion does not apply to ensuing loss or damage arising out of a peril not otherwise excluded.

**Dishonesty**

This insurance does not apply to loss or damage arising out of fraudulent, dishonest or criminal acts or omissions committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply to:

A. acts of vandalism;

B. acts committed by carriers or warehousemen for hire or anyone claiming to be a carrier or warehousemen for hire, other than:

  1. you, your partner, directors, trustees and employees;
  2. anyone performing acts coming within the scope of the usual duties of your employees; or
  3. anyone authorized to act for you; or

C. ensuing loss or damage arising out of a peril not otherwise excluded.

**CHUBB®**                    *Care, Custody Or Control Legal Liability*

*Policy Exclusions*
(continued)

| | |
|---|---|
| Electronic Data | This insurance does not apply to loss or damage arising out of loss or damage to **electronic data** caused by or resulting from **malicious programming**, regardless of any other cause or event that directly or indirectly: |

    ·    contributes concurrently to; or

    ·    contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

| | |
|---|---|
| Intentional Acts | This insurance does not apply to loss or damage arising out of an act that: |

    ·    is intended by the **insured**; or

    ·    would be expected from the standpoint of a reasonable person in the circumstances of the **insured**,

to cause loss or damage, even if the loss or damage is of a different degree or type than intended or expected.

| | |
|---|---|
| Nuclear Hazard | This insurance does not apply to the defense of any claim or **suit** or payment of any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused. |

| | |
|---|---|
| Planning, Design, Materials Or Maintenance | This insurance does not apply to loss or damage (including the costs of correcting or making good) arising out of any faulty, inadequate or defective: |

    ·    planning, zoning, development, surveying or site selection;

    ·    design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading or compaction;

    ·    materials used in repair, construction, renovation or remodeling; or

    ·    maintenance,

of part or all of any property wherever located.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage arising out of a peril not otherwise excluded.

| | |
|---|---|
| Pollutants | This insurance does not apply to loss or damage arising out of the mixture of or contact between property and a **pollutant** when such mixture or contact causes the property to be impure and harmful to: |

    ·    itself or other property;

    ·    persons, animals or plants;

    ·    land, water or air; or

    ·    any other part of an environment,

## *Policy Exclusions*

*Pollutants*
*(continued)*

either inside or outside of a building or other structure, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Pollutants exclusion does not apply to:

A.  the mixture of or contact between property and **pollutants** if the mixture or contact is directly caused by or directly results from a **specified peril**;

B.  any solid, liquid or gas used to suppress fire; or

C.  **water**.

Paragraphs B. and C. do not apply to loss or damage involving:

- viruses or pathogens; or

- ammonia.

*Settling*

This insurance does not apply to loss or damage arising out of settling, cracking, shrinking, bulging or expansion of land, paved or concrete surfaces, foundations, pools, buildings or other structures.

This Settling exclusion does not apply to ensuing loss or damage arising out of a **specified peril**.

*War And Military Action*

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;

- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

*Wear And Tear*

This insurance does not apply to loss or damage arising out of wear and tear or deterioration.

This Wear And Tear exclusion does not apply to ensuing loss or damage arising out of a **specified peril** or **water**.

CHUBB®    *Care, Custody Or Control Legal Liability*

**Conditions (Including Coverage Territory)**

The conditions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional conditions or conditions that replace the conditions contained in the Conditions, Definitions And Abandonment Provision form, are shown in the Additional Conditions section and the Amended Conditions section of this contract.

## Additional Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and in the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or of the **insured**'s estate will not relieve us of our obligations under this insurance.

**Disclosure And Representations**

We have issued this insurance:

- · based upon representations you made to us; and
- · in reliance upon your representations.

Unintentional failure of an **employee** of the **insured** to disclose a hazard or other material information will not violate this condition, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such hazard or other material information.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- · as if each named **insured** were the only named **insured**; and
- · separately to each **insured** against whom claim is made or **suit** is brought.

## Amended Conditions

**Insured's Duties In The Event Of Loss Or Damage**

A. You must see to it that we and any other insurers are notified as soon as practicable of any loss or damage that may result in a claim, if the claim may involve us or such other insurers. To the extent possible, notice should include:

1. how, when and where the loss or damage happened;
2. the names and addresses of any witnesses; and
3. the nature and location of the loss or damage.

B. If a claim is made or **suit** is brought against any **insured**, you must:

1. immediately record the specifics of the claim or **suit** and the date received;
2. notify us and other insurers as soon as practicable; and
3. see to it that we receive written notice of the claim or **suit** as soon as practicable.

C. You and any other involved **insured** must:

1. immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or **suit**;

## *Amended Conditions*

*Insured's Duties In The Event Of Loss Or Damage*
*(continued)*

    2.    authorize us to obtain records and other information;

    3.    cooperate with us and other insurers in the:

        a.    investigation or settlement of the claim; or

        b.    defense against the **suit**; and

    4.    assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **insured** because of loss to which this insurance may also apply.

D.    No **insureds** will, except at that **insured**'s own cost, make any payment, assume any obligation or incur any expense without our consent.

E.    Notice given by or on behalf of:

    1.    the **insured**; or

    2.    any claimant,

to a licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F.    Knowledge of any loss or damage by an agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such loss or damage.

G.    Failure of an agent or **employee** of the **insured**, other than an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee, to notify us of a loss or damage that such person knows about will not affect the insurance afforded to you.

H.    If a claim or loss does not reasonably appear to involve this insurance, but it later develops into a claim or loss to which this insurance applies, the failure to report it to us will not violate this condition, provided the **insured** gives us immediate notice as soon as the **insured** is aware that this insurance may apply to such claim or loss.

*Legal Action Against Us*

No person or organization has a right under this insurance to:

    ·    join us as a party or otherwise bring us into a **suit** seeking damages from an **insured**; or

    ·    sue us on this insurance unless all of the terms and conditions of this insurance have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after an actual:

    ·    trial in a civil proceeding; or

    ·    arbitration or other alternative dispute resolution proceeding,

but we will not be liable for damages that are not payable under the terms and conditions of this insurance or that are in excess of the applicable Limits Of Insurance.

**CHUBB®**                    *Care, Custody Or Control Legal Liability*

## Amended Conditions
(continued)

| | |
|---|---|
| **Transfer Of Rights Of Recovery To Us** | We will waive the right of recovery we would otherwise have had against another person or organization, for loss to which this insurance applies, provided the **insured** has waived their rights of recovery against such person or organization in a contract or agreement that is executed before such loss. |
| | To the extent that the **insured**'s rights to recover all or part of any payment made under this insurance have not been waived, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them. |

## Definitions

The definitions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional definitions or definitions that replace the definitions contained in the Conditions, Definitions And Abandonment Provision form, are shown in the Additional Definitions section and Amended Definition section of this contract.

## Additional Definitions

| | |
|---|---|
| **Agreed Settlement** | **Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative. |
| **Covered Property** | **Covered property** means tangible property of others in your care, custody or control. |
| | **Covered property** does not mean: |

- **props, sets and wardrobe;**
- **production equipment;**
- **production media;**
- **office contents;**
- aircraft, motor vehicles or watercraft;
- railroad cars or railroad equipment;
- buildings used for any purpose, other than location filming in connection with an **insured production;**
- animals; or
- property used as living quarters for your cast or crew.

| | |
|---|---|
| **Employee** | **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**. |
| **Insured** | **Insured** means a person or organization qualifying as an **insured** in the Who Is Insured section of this contract. |

## *Additional Definitions*
*(continued)*

| | |
|---|---|
| *Leased Worker* | **Leased worker** means a person leased to a party by a labor leasing firm, in a contract or agreement between such party and the labor leasing firm, to perform duties related to the conduct of the party's business. **Leased worker** does not include a **temporary worker**. |
| *Loan-Out Company* | **Loan-out company** means an organization that has agreed, in a **loan-out company agreement**, to provide you with the artistic services of a person or persons in the **insured production**. |
| *Loan-Out Company Agreement* | **Loan-out company agreement** means a written contract or agreement which stipulates the specific terms and conditions under which you hire a person or persons to provide you with artistic services in the **insured production**. |
| *Officer* | **Officer** means a person holding any of the officer positions created by an organization charter, constitution, by-laws or any other similar governing documents. |
| *Suit* | **Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent. |
| *Temporary Worker* | **Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions. |

## *Amended Definition*

| | |
|---|---|
| *Pollutants* | **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed. |

CHUBB®

### Inland Marine Insurance

### Film Producers Risk
### Impairment Of Computer Services –
### Malicious Programming

## Table Of Contents

| Section | Page No. |
|---|---|
| Coverages | 3 |
| Policy Exclusions | 3 |
| Limits Of Insurance | 5 |
| Deductible | 5 |
| Loss Determination | 5 |
| Loss Payment Limitations | 6 |
| Conditions (Including Coverage Territory) | 6 |
| Additional Condition | 6 |
| Definitions | 6 |
| Additional Definitions | 7 |

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB**®

### *Impairment Of Computer Services – Malicious Programming*

### *Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Conditions, Definitions And Abandonment Provision form included in this policy and the Additional Definitions section of this contract.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

## Coverages

**Impairment Of Computer Services – Inside Attack**

We will pay for the actual:

* **electronic data recovery costs**; and

* **production loss,**

you incur due to the actual or potential impairment of an **insured production**, not to exceed the applicable Limit Of Insurance for Impairment Of Computer Services – Inside Attack shown in the Declarations.

This actual or potential impairment of an **insured production** must be caused by or result from actual loss to **electronic data** or a **system** due to **malicious programming** by an **insider**, unless an exclusion applies.

**Impairment Of Computer Services – Outside Attack**

We will pay for the actual:

* **electronic data recovery costs**; and

* **production loss,**

you incur due to the actual or potential impairment of an **insured production**, not to exceed the applicable Limit Of Insurance for Impairment Of Computer Services – Outside Attack shown in the Declarations.

This actual or potential impairment of an **insured production** must be caused by or result from actual loss to **electronic data** or a **system** due to **malicious programming** by an **outsider**, unless an exclusion applies.

## Policy Exclusions

The following Policy Exclusions apply to all coverages provided in this contract.

**Dishonesty**

This insurance does not apply to loss caused by or resulting from fraudulent, dishonest or criminal acts or omissions committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

## Policy Exclusions

**Dishonesty**
*(continued)*

This Dishonesty exclusion does not apply to **malicious programming** by an **insider**.

**Governmental Or Military Action**

This insurance does not apply to loss caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss, even if such other cause or event would otherwise be covered.

**Nuclear Hazard**

This insurance does not apply to loss caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss, even if such other cause or event would otherwise be covered.

**Random Or Multiple Attack**

This insurance does not apply to loss caused by or resulting from any **malicious programming** which:

- is not specifically directed at a **system**;
- is designed or intended to affect more than one computer system or network; or
- actually affects more than one computer system or network.

This Random Or Multiple Attack exclusion does not apply to **malicious programming** by an **outsider**.

**War And Military Action**

This insurance does not apply to loss caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

**CHUBB**°

*Impairment Of Computer Services -*
*Malicious Programming*

### Policy Exclusions

*War And Military Action*
*(continued)*

- contributes in any sequence to,

the loss, even if such other cause or event would otherwise be covered.

### Limits Of Insurance

*Impairment Of Computer*
*Services – Insider*

The most we will pay in any **occurrence** for the sum of **electronic data recovery costs** and **production loss** due to **malicious programming** by an **insider**, is the Limit Of Insurance for Impairment Of Computer Services – Inside Attack shown in the Declarations.

*Impairment Of Computer*
*Services – Outsider*

The most we will pay in any **occurrence** for the sum of **electronic data recovery costs** and **production loss** due to **malicious programming** by an **outsider**, is the Limit Of Insurance for Impairment Of Computer Services – Outside Attack shown in the Declarations.

Subject to the Limit Of Insurance for Impairment Of Computer Services – Outside Attack, the most we will pay for the sum of all **electronic data recovery costs** and **production loss** due to **malicious programming** by an **outsider** that occurs during each separate 12-month policy period, is the Aggregate Limit Of Insurance for Impairment Of Computer Services – Outside Attack shown in the Declarations.

### Deductible

Subject to the applicable Limit Of Insurance, we will pay the amount of **electronic data recovery costs** in excess of the applicable deductible amount shown in the Declarations for each **occurrence**.

If two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

### Loss Determination

In making any loss determination under this contract, we may utilize relevant sources of information, including:

- your financial records and accounting procedures;

- bills, invoices and other vouchers;

- contracts;

- budgeting records; and

- scripts and other production documents.

## Loss Payment Limitations

**Contributing Physical Loss Or Damage**

We will not pay for any **production loss** caused by or resulting from **malicious programming** if direct physical loss or damage:

- contributes concurrently to, or

- contributes in any sequence to,

such **production loss**.

**Extortion**

We will not pay that part of any **production loss** you incur to respond to extortion or other similar threat.

**Loss Of Market**

We will not pay for any loss that results from loss of market, loss of use or delay.

## Conditions (Including Coverage Territory)

The conditions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional conditions are contained in the Additional Condition section of this contract.

## Additional Condition

**System Security**

If a **system** is protected by **security software**, you are required to maintain and, as necessary, upgrade (at your own cost) such software so that it provides a technologically credible level of security.

We will not pay for any loss caused by **malicious programming** if, prior to the **malicious programming**, you:

- knew of any defect or deficiency in the **security software** and failed to correct it;

- failed to maintain the **security software** in complete working order; or

- knew of any technologically credible upgrades to the **security software** that could have prevented the **malicious programming**, and failed to make them.

## Definitions

The definitions applicable to this contract are contained in the Conditions, Definitions And Abandonment Provision form included in this policy. Any additional definitions are shown in the Additional Definitions section of this contract.

**⊏HUBB®**

*Impairment Of Computer Services -*
*Malicious Programming*

## Additional Definitions

**Electronic Data Recovery Costs**

**Electronic data recovery costs** means the reasonable and necessary costs you incur to:

- copy, re-create, replace or retrieve **electronic data** you own or use, or which resides on a system you own or lease; and

- restore a system you own or lease to the functionality that existed prior to the **malicious programming**.

**Electronic data recovery costs** does not include the cost to repair or replace **electronic data processing equipment** or **communication property** which suffers direct physical loss or damage.

**Insider**

**Insider** means a person, organization or computer you have expressly authorized to access a **system**.

**Outsider**

**Outsider** means a person, organization or computer not authorized to access a **system**.

**Security Software**

**Security software** means software or other computer applications or programming principally designed to detect, prevent or mitigate **malicious programming**.

CHUBB°

**Inland Marine Insurance**

*Film Producers Risk*
*Conditions, Definitions And Abandonment Provision*

*Table Of Contents*

| Section | Page No. |
| --- | --- |
| Conditions | 3 |
| Definitions | 9 |
| Abandonment Provision | 19 |

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB®**

## Conditions, Definitions And Abandonment Provision

| | |
|---|---|
| **Conditions** | The following conditions apply to all contracts within this policy or as otherwise stated. |
| **Abandonment Of Property** | There can be no abandonment of any covered property to us unless we specifically agree to such abandonment in writing. |
| **Appraisal** | If you and we do not agree on the amount of loss or damage, either party may make a written demand for an appraisal of the loss or damage. In this event, you will select and pay a competent and impartial appraiser, and we will select and pay a competent and impartial appraiser. The two appraisers will select an umpire. If the appraisers cannot agree on an umpire, either may request that a judge of a court having jurisdiction make the selection. Each appraiser will separately state the value of the property and the amount of the loss or damage. If the appraisers do not agree, they will submit their statements to the umpire. Agreement by the umpire and either of the appraisers will be binding on you and us. |
| | You and we will equally share any other appraisal costs and the costs of the umpire. |
| | If there is an appraisal, we will still retain our right to deny the claim. |
| **Concealment Or Misrepresentation** | This insurance is void if you or any other insured intentionally conceals or misrepresents any material fact or circumstance relating to this insurance at any time. |
| **Coverage Territory** | This policy applies anywhere in the world, except where we are legally prohibited from providing insurance. |
| **Currency** | Loss or damage will be paid in the currency shown in the Declarations for the applicable Limits Of Insurance. |
| | At our sole option and upon your request, we will make payment for loss or damage in the currency requested. In doing so we will convert the value of the covered loss or damage to the currency requested at the free rate of exchange as published in the Wall Street Journal in effect: |
| | • on the date of the covered loss or damage for covered loss or damage to other than **money** or **securities**; or |
| | • the date the covered loss or damage to **money** or **securities** is discovered. |
| | **Production loss** will be converted at the rate of exchange as published in the Wall Street Journal based on the average of the daily rate of exchange quoted for the period of loss. |
| **Due Diligence** | You shall use due diligence to avoid or diminish a loss or circumstance that may give rise to loss or damage. Any loss or damage due to a failure to follow instructions for the use of material or equipment will not be covered. |

## Conditions
*(continued)*

*Duty To Inform*

You agree to inform us of any material increase in the risk and hazards affecting any **insured production**, including, but not limited to, an increase of the budget or of the number of episodes of a television series.

*Insured's Duties In The Event Of Loss Or Damage*

You must see to it that the following are done in the event of loss or damage:

- Notify us or one of our authorized representatives, as soon as possible, as to what occurred. Include the time and place of the loss or damage, and names and addresses of available witnesses. Notify us if there has been loss or damage that may result in a **production loss**.

- Notify the police if a law may have been violated.

- Take every reasonable step to protect the property from further damage, and to avoid or minimize any loss or damage. Keep a record of your expenses necessary to protect such property or to avoid or minimize any loss or damage for consideration in the settlement of the claim. We will pay such expenses to the extent such loss or damage is reduced.

- If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

- File with us, or with our authorized representative, sworn proof of loss within 90 days after the date of loss or damage.

- Cooperate with us in the investigation, settlement or handling of any claim.

- Authorize us to obtain records or reports necessary for our investigation.

- At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss or damage claimed.

- As often as may be reasonably required, permit us to inspect the property and examine your books, records and contracts.

- Permit us to examine any insured under oath, outside the presence of any other insured at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books, records and contracts. In the event of an examination, an insured's answers must be signed.

*Legal Action Against Us*

No legal action may be brought against us unless:

- there has been full compliance with all the terms of this insurance; and

- the action is brought within three years after the date on which the loss or damage occurred.

# CHUBB°

**Conditions, Definitions And Abandonment Provision**

## Conditions
(continued)

**Liberalization**

If we adopt any changes:

- within 60 days prior to the effective date shown in the Declarations; or

- during the policy period,

which could broaden this insurance without an additional premium charge, you will automatically receive the benefit of such change.

**Loss Payee**

For covered property in which both you, and a Loss Payee:

- shown in the Schedule of Loss Payees; or

- listed as such on a Certificate of Insurance on file with us,

have an insurable interest, as evidenced in a written document created prior to loss or damage, we will:

- adjust losses with you; and

- pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

Such Certificate of Insurance does not modify this contract.

**Loss Payment**

A.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this insurance, and:

    1.  we have reached agreement with you on the amount of loss; or

    2.  an appraisal award has been made.

B.  We will not pay you more than your financial interest in the covered property.

C.  We may adjust losses with the owners of lost or damaged covered property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' covered property. We will not pay the owners more than their financial interest in such property.

D.  We may elect to defend you against suits arising from claims of owners of covered property. We will do this at our expense.

**No Benefit To Carrier Or Bailee**

No person or organization, other than you, having custody of covered property will benefit from this insurance.

**Other Insurance**

If you have any other insurance covering the same loss or damage as is insured against by this policy, we will only pay for the amount of loss or damage which is insured against by this policy in excess of the amount due from such other insurance, whether you can collect on such other insurance or not.

## Conditions
*(continued)*

**Pair Or Set**

In the event of loss or damage to covered property which is part of a pair or set, you may choose one of the following methods of loss payment. We will pay you:

- the **market value** of the pair or set. You will return to us the remaining pieces;

- the cost to repair or replace the damaged pieces and you will keep the undamaged pieces. If the pair or set with the repaired pieces has a lower value than it had prior to the loss, we will also pay that difference. In no event will we pay more than the value that the pair or set had prior to the loss or damage; or

- the **market value** of the lost or damaged pieces prior to the loss or damage when the pieces cannot be found or repaired. You will keep the undamaged pieces. If the remaining pieces have a reduced value, will pay the difference between the value of the remaining pieces prior to the loss or damage and after the loss or damage. In no event will we pay more than the value the pair or set had prior to the loss or damage.

**Recovered Property**

If any lost or damaged covered property is recovered by you or us, after a loss payment is made, the party making the recovery must give the other parties prompt notice.

If any recovered property has a salvage value, we shall control the disposition of such salvage.

When covered property is recovered, you may keep the:

- recovered property and return the loss payment to us; or

- loss payment and we will keep the recovered property.

When any recovered covered property which you choose to keep is in need of repair, we will pay for the repairs subject to the:

- applicable Limit Of Insurance shown in the Declarations; and

- Loss Payment Basis provision, Our Loss Payment Options.

If any recovered property has a salvage value or if there is any money recovered through subrogation, such recoveries shall be applied, net of the expense of such recovery, in the following order:

- first, to you for any uninsured loss or damage resulting from an insufficient limit of insurance;

- second, to us for any amounts paid in settlement of your claim; and

- third, to you for any deductible amount that you paid.

We shall determine the amount of loss or damage on the basis on which it would have been settled had the amount of recovery been known at the time the loss was originally determined.

If there are expenses:

- in recovering any lost or damaged covered property; or

- as a result of subrogation,

we shall share the expense with you and any insurer providing excess insurance in proportion to the amount we are each reimbursed. If there should be no recovery and proceedings are conducted solely by us, we shall bear the expenses of the proceedings.

CHUBB°

**Conditions, Definitions And Abandonment Provision**

### Conditions
(continued)

**Transfer Of Rights Of Recovery To Us**

If any person to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair our rights.

You may waive your rights against another party in writing:

A.   prior to direct physical loss or damage to insured property; or

B.   after direct physical loss or damage to insured property only if, at the time of direct physical loss or damage, that party is one of the following:

   1.   someone insured by this insurance;

   2.   an individual who owns or controls the majority of capital stock of your business;

   3.   a related business firm majority-owned or controlled by you, or that owns or controls the majority of the capital stock of your business; or

   4.   your tenant.

This will not restrict your insurance.

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB®

**Conditions, Definitions And
Abandonment Provision**

| | |
|---|---|
| ***Definitions*** | When used with respect to insurance under this policy: |
| ***Accounts Receivable*** | **Accounts receivable** means: |

- the money due you that you are unable to collect from customers;
- interest charges on any loan that you secure to offset your reduced cash flow; and
- additional collection costs.

***Accounts Receivable
Records***

**Accounts receivable records** means accounting records, including support records such as invoices and accounting records in any form, used to control and document the collection of money due from customers.

***Blank Media***

**Blank media** means the blank medium upon which **electronic data** is recorded, but not **electronic data** itself.

***Communication Property***

**Communication property** means:

- analog or digital communication equipment; or
- other equipment used to interactively communicate with others through voice, picture, video or writing,

you own or in your care, custody or control.

**Communication property** does not mean:

- **electronic data processing equipment;**
- **electronic data;** or
- **mobile communication property**.

***Electronic Data***

**Electronic data** means software, data or other information that is in electronic form.

***Electronic Data
Processing Equipment***

**Electronic data processing equipment** means:

- computers;
- computer peripherals;
- climate control and protection equipment used solely for electronic data processing operations;
- separately identifiable and removable component computer devices that are attached to covered property and are designed to control such property, but not the property itself; and
- the blank medium upon which **electronic data** is recorded, but not **electronic data** itself.

## Definitions

| | |
|---|---|
| *Electronic Data Processing Equipment (continued)* | **Electronic data processing equipment** does not mean: |
| | • **electronic data**; |
| | • computers, peripherals, equipment or parts held for sale or distribution; |
| | • computers, peripherals, equipment or parts that have been sold; |
| | • computers, peripherals, equipment or parts in the course of manufacture; |
| | • **communication property**; or |
| | • **mobile communication property**. |

*Electronic Data Processing Property*

**Electronic data processing property** means:

- **electronic data**;
- **electronic data processing equipment**;
- **mobile communication property**; and
- **communication property**.

*Fine Arts*

**Fine arts** means:

- paintings, rare books, sculptures, manuscripts, pictures, prints, etchings, drawings, tapestries, bronzes, statuary, potteries, porcelains, marbles, and other bona fide works of art; or
- items of rarity or historical value.

*Fungus*

**Fungus** means any:

A.  1. mildew, mold or other fungi;
    2. other microorganisms; or
    3. mycotoxins, spores, or other by-products of the foregoing; or

B. colony or group of any of the foregoing.

*Insured Production*

**Insured production** means any production shown in the Declarations.

*Library Stock*

**Library stock** means **production media** not recorded or filmed as part of the **insured production**.

*Location*

**Location** means:

- shooting locations;
- locations used for developing of negatives and editing of the **insured production**; and
- locations used for storage of property to be used in the **insured production**.

**CHUBB®**

**Conditions, Definitions And
Abandonment Provision**

### Definitions
(continued)

**Malicious Programming**

**Malicious programming** means an illegal or malicious entry into **electronic data** or a **system** which results in functions that:

- distort;
- corrupt;
- manipulate;
- copy;
- delete;
- destroy; or
- slow down,

such **electronic data** or **system**.

**Malicious programming** does not mean:

- theft of telephone services; or
- direct physical loss or damage to **electronic data processing property** or **mobile communication property**.

**Market Value**

**Market value** means the price which the property might be expected to realize if offered for sale in a fair market on the date of loss or damage.

**Media Peril**

**Media peril** means:

- use of faulty materials;
- faulty lighting equipment;
- faulty cameras or videotape recordings;
- faulty sound equipment or sound tracks;
- faulty developing, editing or processing;
- cutting, cueing or other laboratory work;
- accidental erasure of videotape recordings or sound tracks; or
- accidental exposure to light.

## *Definitions*
*(continued)*

| | |
|---|---|
| *Mobile Communication Property* | **Mobile communication property** means: |

- cellular telephone;
- laptop computers;
- pagers;
- personal digital assistants;
- mobile hand held global positioning systems; and
- other hand held communication devices.

**Mobile communication property** does not mean:

- **electronic data processing equipment;**
- **electronic data;** or
- **communication property.**

*Money*

**Money** means:

- currency, coins, bank notes or bullion;
- food stamps;
- checks or drafts drawn on any account; or
- travelers checks, registered checks and money orders, held for sale to the public.

*Occurrence*

**Occurrence** means:

A. for earthquake, including resulting tsunami:
  1. one earthquake; or
  2. a series of earthquake shocks occurring within any period of 168 hours;

B. for volcanic eruption:
  1. one volcanic eruption; or
  2. a series of volcanic eruptions within any period of 168 hours;

C. for windstorm involving, in whole or in part any of the perils of weather:
  1. one weather event; or
  2. a series of related weather events; or

**CHUBB®**

*Conditions, Definitions And*
*Abandonment Provision*

## Definitions

| | |
|---|---|

*Occurrence*
*(continued)*

D.  for all other perils:

    1.  one event; or

    2.  a series of causally related events that:

        a.  contribute concurrently to; or

        b.  contribute in any sequence to,

    the loss or damage.

For the purposes of this definition:

- earthquake does not include a **specified peril** that ensues from earthquake; and

- any earthquake or volcanic eruption, or series of earthquake shocks or volcanic eruptions, will be deemed to occur at the time of the first shock or eruption.

*Office Contents*

**Office contents** means contents usual to your office occupancy, including:

- **valuable papers**;

- **electronic data processing property**;

- **tenant's improvements and betterments**; and

- glass in buildings you do not own if you are legally or contractually required to maintain such glass.

**Office contents** does not mean:

- **production media**;

- **props, sets and wardrobe**;

- **production equipment**;

- animals;

- plants;

- **money** or **securities**;

- **fine arts**; or

- furs, jewelry, precious or semi-precious stones, metals or alloys.

*On-Line Access*

**On-line access** means:

- accessing information made available by third parties; or

- making information available to third parties,

via computer or other electronic system.

## *Definitions*
(continued)

| | |
|---|---|
| *Pollutants* | **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fibers, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.<br><br>**Pollutants** does not mean **fungus**. |

*Production Costs*

**Production costs** means all costs directly chargeable to an **insured production**, including overhead charges included in the budget for the **insured production**, but not including:

A.   the cost of:

    1.   underlying rights and materials;

    2.   permanent sets, owned wardrobe or owned equipment; or

    3.   premiums paid for this insurance; or

B.   interest and charges on production loans.

*Production Equipment*

**Production equipment** means:

- cameras;
- camera equipment;
- sound and lighting equipment;
- portable electrical equipment and generators;
- mechanical effects equipment;
- mobile dressing room and honey wagon trailer units; and

other equipment usual to film production; and

- motor vehicles you do not own; and
- **mobile communication property**.

**Production equipment** does not mean:

- **production media**;
- **props, sets and wardrobe**;
- **money** or **securities**;
- **office contents**;
- aircraft (including gliders and hang-gliders);
- watercraft;
- railroad cars or railroad equipment; or
- motor vehicles you own.

**Conditions, Definitions And Abandonment Provision**

CHUBB°

## Definitions
(continued)

### Production Loss

**Production loss** means:

- additional **production costs** you necessarily incur to complete an **insured production** in essentially the same manner and within the specifications submitted to us prior to a loss; or

- actual **production costs** you incurred prior to an abandonment of an **insured production** to which the Abandonment Provision applies.

**Production loss** does not mean costs:

- of enhancements applicable to an **insured production** beyond the specifications submitted to us prior to a loss; or

- incurred for that part of any **insured production** which has already been aired or exhibited.

### Production Media

**Production media** means:

A.    any:

     1.    film;

     2.    tape;

     3.    disk; or

     4.    other medium or device,

     used to record or store sounds or images; and

B.    the information contained therein.

### Property

**Property** means property:

- used or to be used in an **insured production**; or

- at a **location**.

**Property** does not mean:

- **production media**; or

- animals.

## *Definitions*
*(continued)*

*Props, Sets And Wardrobe*

**Props, sets and wardrobe** means any property which is:

- part of a set;
- a prop; or
- wardrobe; and

similar theatrical property.

**Props, sets and wardrobe** does not mean:

A.   **production media**;

B.   **production equipment**;

C.   **money** or **securities**;

D.   buildings or structures, except a temporary structure which is part of a theatrical set;

E.   **office contents**;

F.   1.   aircraft (including gliders or hang-gliders);

    2.   watercraft valued in excess of $100,000; or

    3.   railroad cars or railroad equipment, motorcycles, motor vehicles or other conveyances,

except while:

    a.   being used as part of a theatrical set and not in motion; or

    b.   in transit to or from a set and not being self-propelled;

G.   plant life, unless used as part of a theatrical set; or

H.   animals.

*Robbery Of Money Or Securities*

**Robbery of money or securities** means the unlawful taking of **money** or **securities** from:

- you;
- your partner;
- your employee; or
- any other person authorized by you to have custody of the **money** or **securities**,

by violence, threat of violence or any other overt felonious act committed in the presence and with cognizance of any such person.

**CHUBB°**

**Conditions, Definitions And**
**Abandonment Provision**

### Definitions
(continued)

| | |
|---|---|
| Securities | **Securities** means: |
| | • all negotiable and nonnegotiable instruments or contracts that represent either **money** or other property held by you in any capacity; |
| | • revenue and other stamps in current use; |
| | • tokens; |
| | • tickets; and |
| | • property of others that you hold as a pledge or as collateral for a loan. |
| | **Securities** does not mean **money**. |
| | |
| Sinkhole Collapse | **Sinkhole collapse** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. |
| | **Sinkhole collapse** does not mean: |
| | • the cost of filling land; or |
| | • the sinking or collapse of land into man-made cavities. |
| | |
| Specified Peril | **Specified peril** means: |
| | • aircraft or self-propelled missiles; |
| | • explosion; |
| | • fire; |
| | • leakage from fire protection equipment; |
| | • lightning; |
| | • mine subsidence; |
| | • riot or civil commotion; |
| | • **sinkhole collapse;** |
| | • smoke; |
| | • vandalism; |
| | • vehicles; |
| | • volcanic action; or |
| | • windstorm or hail. |

## *Definitions*
*(continued)*

| | |
|---|---|
| *Stop Date Loss* | **Stop date loss** means **production loss** you incur when you must honor the termination date contained in a performance contract between you and any **declared person**, as a direct result of a delay in completing an **insured production**. |

*System*

**System** means a computer and all input, output, processing, storage, off-line media library, and communication facilities which are connected to such computer, provided such computer and facilities are:

- owned and operated by you;

- leased and operated by you; or

- utilized by you pursuant to a written contract.

*Tenant's Improvements And Betterments*

**Tenant's improvements and betterments** means fixtures, alterations, installations or additions:

- you make a part of a building you occupy but do not own; and

- you acquire or make at your expense but cannot legally remove.

**Tenant's improvements and betterments** does not mean:

- land, water or air, either inside or outside of a structure;

- paved or concrete surfaces;

- retaining walls;

- foundations or supports below the surface of the lowest floor or basement;

- outdoor trees, shrubs, plants or lawns; or

- growing crops.

*Valuable Articles*

**Valuable articles** means **props, sets and wardrobe** consisting of:

- antiques and fine arts;

- furs;

- jewelry;

- precious or semi-precious stones, metals or alloys; or

- rugs.

**CHUBB°**                    **Conditions, Definitions And
                              Abandonment Provision**

**Definitions**
(continued)

Valuable Papers

**Valuable papers** means valuable:

- papers, documents, records, negatives, transparencies;

- tapes of all types;

- original plans, blueprints, specifications or designs; and

- original source material used to enter or program **electronic data**, but not the **electronic data** itself.

**Valuable papers** does not mean:

- **electronic data**;

- prepackaged software programs;

- **money**; or

- **securities**.

Water

**Water** means water that:

- escapes from processing equipment, plumbing systems, refrigeration systems, cooling systems or heating systems (other than underground storage tanks, underground piping or underground tubing) provided such water is intended to be contained in such processing equipment, plumbing systems, refrigeration systems, cooling systems or heating systems;

- back ups or overflows through sewers, drains or sump;

- seeps or leaks through basements, foundations, roofs, walls, floors or ceilings of any building or other structure; or

- enters doors, windows or other openings in any building or other structure.

The following Abandonment Provision applies to the Cast contract and the Property And Production Media contract contained within this policy.

**Abandonment Provision**

You may abandon the **insured production**, provided we agree that one of the following has occurred:

- Principal Photography has been necessarily interrupted for a cumulative period of 60 days or more;

- an **essential element** is unable to complete their duties in such production; or

- such production cannot otherwise reasonably be completed,

solely as a result of:

- one or more **covered causes of loss**; or

- covered direct physical loss or damage to **production media**.

**Abandonment Provision**
*(continued)*

You must notify us, in writing, of your intention to abandon prior to doing so. Such notification must include a sworn statement (along with sufficient supporting information) that the conditions of abandonment have been met. We will notify you as to whether we agree to such abandonment within 30 days of receipt of your written notice.

If we agree to the abandonment:

- we will, subject to the applicable Limit of Insurance shown in the Declarations, pay the actual **production costs** you incurred prior to abandonment of the **insured production**.

- you will, upon our request and at our reasonable expense, take reasonable steps to complete the **insured production**. Any payments we make under these circumstances shall not reduce the limits of insurance.

If we do not agree to the abandonment, either party may make a written demand that the right to abandon be submitted for arbitration. Any written demand for arbitration must be made within 60 days of the date on which we notify you of our decision. Any court action to enforce a demand for arbitration must be started within 180 days from the date we notify you of our decision. When this demand is made, both parties may agree on a single arbitrator. If they cannot agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree on the third arbitrator within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Arbitrators must be retired, disinterested professionals with substantial experience in film production in the motion picture industry. Each party will:

- pay the expenses it incurs; and

- share the expenses of the single arbitrator (if that format is chosen) or of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in Los Angeles, California. The arbitration will be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association. Procedural and discovery rules shall be established by the arbitrators, notwithstanding local legal requirements. A decision rendered by the single arbitrator (if that format is chosen) or agreed to by two arbitrators of a three member panel will be binding and shall be enforceable in the same manner as a final judgment in any court of competent jurisdiction.

Except as provided for above, in the event of an abandonment we consent to (or in the event the arbitrators find that you are entitled to abandon), we will not pay more than the lesser of the:

- actual **production costs** you incurred prior to abandonment of the **insured production**; or

- applicable Limit of Insurance shown in the Declarations.

Prior to any payment for abandonment, you shall surrender to us all rights, titles and interest in:

- the **insured production** and the intellectual property associated with it;

- all underlying work; and

- the original and all copies of tapes, films and other materials related to the **insured production**.

The paragraph immediately above does not apply to:

- any sequel or prequel; or

- attendant merchandising rights associated with such sequel or prequel.

INLAND MARINE

*Inland Marine Endorsements Section*

ENDORSEMENTS

**CHUBB°**     *Inland Marine Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION
PROPERTY AND PRODUCTION MEDIA

Under Production Loss Additional Coverages, the following is added:

## Production Loss Additional Coverages

*Operator Error –*
*Production Media*

We will pay for the actual **production loss** you incur due to direct physical loss or damage to **production media** used or to be used in an **insured production** caused by or resulting from:

A.  errors in judgment of photography, lighting or sound; or

B.  the use of an incorrect type of:

    1.  camera;

    2.  lens;

    3.  raw film; or

    4.  tape stock,

not to exceed the applicable Limit Of Insurance for Operator Error – Production Media shown under Production Loss in the Declarations.

Under Production Media Exclusions, Errors In Judgment and Use Of Incorrect Camera are deleted and replaced by the following:

**Production Media Exclusions**

*Errors In Judgment*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from errors in judgment of photography, lighting or sound, except as provided for in the Operator Error – Production Media Production Loss Additional Coverage.

*Use Of Incorrect Camera*

This insurance does not apply to **production loss** you incur due to direct physical loss or damage to **production media** caused by or resulting from the use of an incorrect type of:

- camera;
- lens;
- raw film; or
- tape stock,

except as provided for in the Operator Error – Production Media Production Loss Additional Coverage.

Under Conditions, and only for the purposes of this endorsement, Due Diligence is deleted and replaced with the following:

**Conditions**

*Due Diligence*

You shall use due diligence to avoid or diminish a loss or circumstance that may give rise to loss or damage. Any loss or damage due to a failure to follow instructions for the use of material or equipment will not be covered.

This provision does not apply to the Operator Error – Production Media Production Loss Additional Coverage.

All other terms and conditions remain unchanged.

*Authorized Representative*

# CHUBB®

## *Inland Marine Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CAST
CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION

Under Definitions, the definitions of Declared Person and Undeclared Person are deleted and replaced with the following:

## *Definitions*

*Declared Person*

**Declared person** means any individual listed on the Cast Insurance Schedule.

**Declared person** does not mean an individual who is under the age of 7 years who contracts any of the following conditions:

- tonsillitis;
- scarlet fever;
- mumps;
- chicken pox;
- measles, including German measles;
- whooping cough; or
- diphtheria.

## *Definitions*

*Undeclared Person*

**Undeclared person** means any member of your cast or crew that is not a **declared person**.

**Undeclared person** does not mean an individual who is under the age of 7 years who contracts any of the following conditions:

- tonsillitis;
- scarlet fever;
- mumps;
- chicken pox;
- measles, including German measles;
- whooping cough; or
- diphtheria.

All other terms and conditions remain unchanged.

Authorized Representative

CHUBB°

## *Inland Marine Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CAST
CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION

Under Definitions, the definition of Undeclared Person is deleted and replaced with the following:

## *Definitions*

*Undeclared Person*

**Undeclared person** means any member of your cast or crew that is not a **declared person**.

**Undeclared person** does not mean an individual who is:

* over the age of 75 years; or
* under the age of 7 years.

All other terms and conditions remain unchanged.

*Authorized Representative*

CHUBB°    **Inland Marine Insurance**

*Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CAST
PROPERTY AND PRODUCTION MEDIA
CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION

**Crisis Event
Additional
Coverage Added**

### SCHEDULE

| | |
|---|---|
| Crisis Event Limit Of Insurance: | $ 250,000 |
| Crisis Event Deductible: | $  15,000 |

Under Additional Coverages, the following is added:

**Additional Coverage**

*Crisis Event*

We will pay for the actual **production loss** you incur due
to the immediate and necessary suspension of an **insured
production** due to an event that results in a life-threatening
physical injury to, or the accidental death of, any member
of an **insured production**, not to exceed the Crisis Event
Production Loss Limit of Insurance shown in the Schedule above.

The:

- event must occur at the filming location of such
  **insured production** during production; and

- life-threatening injury or accidental death must be
  witnessed by any member of the cast or crew of such

insured production.

This Additional Coverage applies only if no other coverage is available under this policy or any other policy applicable to such **production loss**.

Under Deductible, the following is added:

**Deductible**

*Crisis Event*

Subject to the Limit of Insurance shown in the Schedule above, we will pay the amount of **production loss** incurred in excess of the deductible amount shown in the Schedule above for each **occurrence**.

If two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

All other terms and conditions remain unchanged.

Authorized Representative

Inland Marine Insurance

269341.7 (11/19) CRISIS EVENT ADDL COVERAGE

last page

Form 10-02-1749 (Ed. 6-07)

Endorsement

Page 2

CHUBB°

*Inland Marine Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CAST
PROPERTY AND PRODUCTION MEDIA
CARE, CUSTODY OR CONTROL LEGAL LIABILITY
CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION
IMPAIRMENT OF COMPUTER SERVICES – MALICIOUS PROGRAMMING

A new section titled Terrorism Provisions is added to the end of this contract.

## Terrorism Provisions

*Certified Act Of Terrorism Exclusion*

This insurance does not apply to:

- loss or damage; or
- **production loss**,

caused directly or indirectly by a **certified act of terrorism**, regardless of any other cause or event that contributes:

- concurrently; or
- in any sequence,

to the loss or damage or **production loss**.

This Certified Act Of Terrorism exclusion does not apply to ensuing loss or damage caused by or resulting from fire. This exception for fire applies:

- only to direct physical loss or damage by fire to covered property; and

Inland Marine Insurance          Exclusion Of Certified Acts Of Terrorism/Exception For Certain Fire Losses – Film Producers          continued
Form 10-02-1752 (Rev. 1-15)      Endorsement                                                                                          Page 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## *Terrorism Provisions*

**Certified Act Of Terrorism Exclusion (continued)**

- if the fire would be covered under this insurance and there is a law in effect in the jurisdiction where the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

**Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion or sublimit, or the inapplicability or omission of a terrorism exclusion or sublimit, do not serve to create coverage for any loss which would otherwise be excluded or sublimited under this policy, such as losses excluded by the Nuclear Hazard exclusion or the War And Military Action exclusion.

**Ensuing Fire Loss Payment Basis Exception**

Covered property which suffers direct physical loss or damage caused by or resulting from fire which ensues from a **certified act of terrorism** is valued on an actual cash value basis, subject to all other exceptions described under Loss Payment Basis Exceptions For Property.

**Cap On Ensuing Fire Resulting From Certified Terrorism Losses**

If:

- aggregate insured losses attributable to one or more **certified acts of terrorism** under the **terrorism law** exceed $100 billion in a calendar year; and

- we have met our insurer deductible under the **terrorism law**,

we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## *Terrorism Definitions*

A new section titled Terrorism Definitions is added.

**Certified Act Of Terrorism**

**Certified act of terrorism** means any act that is certified by the Secretary of the Treasury of the United States to be an act:

A.  of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B.  that results in damage:

    1.  within the **United States**; or

    2.  outside of the **United States** in the case of:

        a.  an air carrier or vessel as described in the **terrorism law**; or

        b.  the premises of a mission of the United States of America,

which was committed by an individual or individuals as part of an effort to:

- coerce the civilian population; or

*Inland Marine Insurance*
*Form 10-02-1752 (Rev. 1-15)*   *Exclusion Of Certified Acts Of Terrorism/Exception For Certain Fire Losses – Film Producers Endorsement*   *continued*
*Page 2*

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**CHUBB**°

*Inland Marine Insurance*

*Endorsement*

| | |
|---|---|
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |

---

## Terrorism Definitions

**Certified Act Of Terrorism** *(continued)*

- influence the policy or affect the conduct of the Government,

of the United States.

**Certified act of terrorism** does not include an act that:

- is committed as part of the course of a war declared by the Congress of the **United States**; or
- does not result in property and casualty insurance losses that exceed $5 million in the aggregate and are attributable to all types of insurance subject to the **terrorism law**.

**State**

**State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America.

**Terrorism Law**

**Terrorism law** means the Terrorism Risk Insurance Act of 2002 as amended.

**United States**

**United States** means:

- a state; and
- the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

*Authorized Representative*

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**CHUBB**®
*Inland Marine Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

CONDITIONS, DEFINITIONS AND ABANDONMENT PROVISION

**SCHEDULE**

Production Costs Excluded:

　　Cost Of Permanent Sets

　　Cost Of Owned Wardrobe

　　Cost Of Owned Equipment

**Definitions**

Under Definitions, Production Costs is deleted and replaced with the following:

*Production Costs*

**Production costs** means all costs directly chargeable to an **insured production**, including overhead charges included in the budget for the **insured production**, but not including the costs shown in the Schedule above.

All other terms and conditions remain unchanged.

*Authorized Representative*

C
O
M
M
O
N

P
O
L
I
C
Y

*Common Policy Conditions Section*

C
O
N
D
I
T
I
O
N
S

**CHUBB**

## POLICY CONDITIONS

### Schedule of Forms

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

The following is a schedule of forms issued with the policy at inception:

| Form Number | | Form Name |
|---|---|---|
| 99-10-0732 | (Ed. 1-15) | IMPORTANT NOTICE TO POLICYHOLDERS - TRIPRA |
| 99-10-0792 | (Ed. 9-04) | IMPORTANT NOTICE - OFAC |
| 99-10-0872 | (Ed. 6-07) | AOD POLICYHOLDER NOTICE |
| 99-10-0997 | (Ed. 9-18) | IMPORTANT NOTICE TO POLICYHOLDER'S |
| 04-02-0855 | (Ed. 9-95) | HOW TO REPORT A LOSS |
| 04-02-1440 | (Ed. 12-08) | INSURING AGREEMENT |
| 10-02-1738 | (Ed. 6-07) | PREMIUM SUMMARY |
| 04-02-0856 | (Ed. 9-95) | COMMON POLICY CONDITIONS |
| 04-02-1307 | (Ed. 1-04) | COMPLIANCE W/ APPLICABLE TRADE SANCTION LAWS |

*last page*

CHUBB®

**Common Policy Conditions**

*Contract*

| | |
|---|---|
| ***Conditions*** | The following Conditions are included under each part of the policy, unless stated otherwise. |
| ***Audit Of Books And Records*** | We may audit your books and records as they relate to this insurance at any time during the term of this policy and up to three years afterwards. |
| ***Cancellation*** | The first Named Insured may cancel this policy or any of its individual coverages at any time by sending us a written request or by returning the policy and stating when thereafter cancellation is to take effect. |
| | We may cancel this policy or any of its individual coverages at any time by sending to the first Named Insured a notice 60 days (20 days in the event of non-payment of premium) in advance of the cancellation date. Our notice of cancellation will be mailed to the first Named Insured's last known address, and will indicate the date on which coverage is terminated. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice. |
| | The earned premium will be computed on a pro rata basis. Any unearned premium will be returned as soon as practicable. |
| ***Changes*** | This policy can only be changed by a written endorsement that becomes part of this policy. The endorsement must be signed by one of our authorized representatives. |
| ***Compliance By Insureds*** | We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with all of the terms and conditions of the policy. |
| ***Conformance*** | Any terms of this insurance which are in conflict with the applicable statutes of the State in which this policy is issued are amended to conform to such statutes. |
| ***First Named Insured*** | The person or organization first named in the Declarations is primarily responsible for payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for the giving and receiving of notice of cancellation or nonrenewal and the receiving of any return premiums that become payable under this policy. |
| ***Inspections And Surveys*** | We may: |

- make inspections and surveys at any time;
- give you reports on the conditions we find; and
- recommend changes.

## Conditions

**Inspections And Surveys**
*(continued)*

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

- are safe or healthful; or

- comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations for us.

**Titles Of Paragraphs**

The titles of the various paragraphs of this policy and endorsements, if any, attached to this policy are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

**Transfer Of Rights And Duties**

Your rights and duties under this insurance may not be transferred without our written consent. However, if you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative, or to anyone having temporary custody of your property until your legal representative has been appointed.

**When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured stated in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date. If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

# CHUBB®

## *Inland Marine Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

The following condition is added:

**Compliance With Applicable Trade Sanction Laws**

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

All other terms and conditions remain unchanged.

*Authorized Representative*

---

⊏CHUBB°   ***Inland Marine Insurance***

***Endorsement***

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

The following changes are made as respects exposures in the state of California.

Under Conditions, the provisions titled Cancellation and When We Do Not Renew are deleted and replaced by the following:

***Conditions***

Cancellation

*Residential Property*

A.  This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

1.  If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in 2. and 3. below.

2.  We may not cancel such coverage solely because the first named insured has accepted our offer of earthquake coverage.

3.  We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction (3.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

*All Policies In Effect For More Than 60 Days*

## Conditions

*Cancellation*
*(continued)*

B. 1. If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

    a. Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

    b. Discovery of fraud or material misrepresentation by:

        (i) any insured or his or her representative in obtaining this insurance; or

        (ii) you or your representative in pursuing a claim under this policy.

    c. A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

    d. Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

    e. Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

    f. A determination by the Commissioner of Insurance that the:

        (i) loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

        (ii) continuation of the policy coverage would place us in violation of California law or the laws of the state where we are domiciled; or threaten our solvency.

    g. A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

2. We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first named insured and to the producer of record, at least:

    a. 10 days before the effective date of cancellation if we cancel for a reason listed in B.1.a. or b. above; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason listed in paragraph B.1.

*Inland Marine Insurance*
Form 10-02-1813 (Ed. 6-07)
*California Mandatory – Cancellation And When We Do Not Renew*
*Endorsement*
continued
Page 2

CHUBB®        *Inland Marine Insurance*

*Endorsement*

| | |
|---|---|
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |

## Conditions
(continued)

**When We Do Not Renew**

A.  Subject to the provisions of paragraphs B. and C. below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first named insured and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first named insured and to the producer of record, at the mailing address shown in the policy.

B.  This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

1.  We may elect not to renew such coverage for any reason, except as provided in 2. and 3. below.

2.  We will not refuse to renew such coverage solely because the first named insured has accepted our offer of earthquake coverage.

3.  We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction (3.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

C.  We are not required to send notice of nonrenewal in the following situations:

1.  If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

2.  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph A.

3.  If you have obtained replacement coverage, or if the first named insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

5.  If the first named insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

## *Conditions*

*When We Do Not Renew*
*(continued)*

6.   If we have made a written offer to the first named insured, in accordance with the timeframes shown in paragraph A., to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

All other terms and conditions remain unchanged.

*Authorized Representative*

**CHUBB®**

**Inland Marine Insurance
Film Producers Risk**

## Cast Insurance Schedule

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019  TO  NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

---

**Insured Production:** Weekly Episodic - 1 hour - 6 episode minimum

**Title Of Production:** "Always Smiling- Season 2"

**Essential Elements:** 2

**Declared Person:** Kerry Ehrin
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/13/2020
Special Limitations: NOT APPLICABLE

**Declared Person:** Mimi Leder
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/21/2020

**Declared Person:** Jennifer Aniston
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/19/2020

**Declared Person:** Reese Witherspoon
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/12/2020

*Inland Marine Insurance*
*(continued)*

**Declared Person:**          Mark Duplass

    Effective Date (Accident Only):      11/07/2019

    Effective Date (Full Coverage):      02/13/2020

**Declared Person:**          Billy Crudup

    Effective Date (Accident Only):      11/07/2019

    Effective Date (Full Coverage):      02/12/2020

**Declared Person:**          Steve Carell

    Effective Date (Accident Only):      11/07/2019

All other terms and conditions remain unchanged.

*Authorized Representative*

**CHUBB®**

*Inland Marine Insurance*
*Film Producers Risk*

*Cast Insurance Schedule*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, INC. |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | MARCH 10, 2020 |

**Insured Production:** Weekly Episodic - 1 hour - 6 episode minimum

**Title Of Production:** "Always Smiling- Season 2"

**Essential Elements:** 2

**Declared Person:** Desean Terry
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/13/2020
Special Limitations:

**Declared Person:** Nestor Carbonell
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/13/2020

**Declared Person:** Bel Powley
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/12/2020

**Declared Person:** Karen Pittman
Effective Date (Accident Only): 11/07/2019
Effective Date (Full Coverage): 02/13/2020

### *Inland Marine Insurance*
*(continued)*

| | |
|---|---|
| **Declared Person:** | Adrian Lester |
| Effective Date (Full Coverage): | 03/04/2020 |
| Special Limitations: | Claims arising out of question 17 |

All other terms and conditions remain unchanged.

*Authorized Representative*

**CHUBB®**

## *Inland Marine Insurance*

## *Premium Bill*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, LLC |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | APRIL 14, 2020 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is $ 0.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| | *Additional* |
|---|---|
| *Date Payment Due* | *Premium* |
| NOVEMBER 7, 2019 | $ 0.00 |
| *TOTAL* | $ 0.00 |
| | Commission Percent:   22.50% |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

Named Insured changes .

Producer:
ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

*last page*

**⊏⊓⊔⊓⊔⊓°** CHUBB°     *INLAND MARINE INSURANCE*

*Schedule of Forms*

| | |
|---|---|
| *Policy Period* | NOVEMBER 7, 2019   TO   NOVEMBER 7, 2020 |
| *Effective Date* | NOVEMBER 7, 2019 |
| *Policy Number* | 7997-45-17 |
| *Insured* | ALWAYS SMILING PRODUCTIONS, LLC |
| *Name of Company* | CHUBB NATIONAL INSURANCE COMPANY |
| *Date Issued* | APRIL 14, 2020 |

The following is a schedule of additional forms included with this policy:

| Form Number | Form Name |
|---|---|
| 10-02-1739   (Ed.  7-09) | DECLARATIONS - FILM PRODUCERS RISK |

*last page*

**CHUBB®**

### *Inland Marine Insurance*
### *Film Producers Risk*

#### *Declarations*

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

ALWAYS SMILING PRODUCTIONS, LLC
6225 W SUNSET BLVD STE 680
LOS ANGELES, CA 90028

*Policy Number*   7997-45-17

*Effective Date*   NOVEMBER 7, 2019

*Issued by the stock insurance company indicated below, herein called the company.*

**CHUBB NATIONAL
INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.*   0083393

*Producer*   ARTHUR J GALLAGHER & CO INS BROKERS OF CA INC
505 N. BRAND BLVD. #600
GLENDALE, CA 91203-0000

---

### *Policy Period*
From:   NOVEMBER 7, 2019        To:   NOVEMBER 7, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

### *Limits Of Insurance And Deductibles*
Insurance is afforded only with respect to those coverages for which a Limit Of Insurance is indicated below.

---

|  | Limit Of Insurance | Deductible |
|---|---|---|
| **Insured Production:** | | |
| Weekly Episodic - 1 hour - 6 episode minimum | | |
| **Title Of Production:** | | |
| "Always Smiling- Season 2" | | |
| **Coverages** | | |
| **Cast** | | |
| Declared Person | $ 125,000,000 | $ 100,000 |
| Immediate Family Member | $ 1,500,000 | $ 50,000 |
| Unknown Pregnancy | $ 1,000,000 | $ 25,000 |
| Undeclared Person | $ 1,000,000 | $ 25,000 |
| **Production Loss** | | |
| Production Media | $ 125,000,000 | $ 10,000 |
| Media Perils | $ 125,000,000 | $ 25,000 |
| Damage To Property | $ 5,000,000 | $ 10,000 |
| Civil Or Military Authority | $ 1,000,000 | $ 25,000 |

---

| **Declarations** (continued) | **Limit Of Insurance** | **Deductible** |
|---|---|---|
| Imminent Peril | $ 1,000,000 | $ 25,000 |
| Ingress And Egress | $ 1,000,000 | $ 25,000 |
| Off Premises Services | $ 1,000,000 | $ 15,000 |
| Strikes And Civil Protest | $ 1,000,000 | $ 15,000 |
| Operator Error - Production Media | $ 1,000,000 | $ 15,000 |

### Property

| | | |
|---|---|---|
| Props, Sets And Wardrobe | $ 7,000,000 | $ 15,000 |
| Production Equipment | $ 5,000,000 | $ 5,000 |
| Office Contents | $ 250,000 | $ 2,500 |
| Money And Securities | $ 250,000 | $ 2,500 |
| Valuable Articles | $ 250,000 | $ 5,000 |
| Preparation Of Loss Fees | $ 25,000 | NIL |

### Care, Custody Or Control Legal Liability

| | | |
|---|---|---|
| Care, Custody Or Control Legal Liability - Property Damage | $ 5,000,000 | $ 5,000 |
| Care, Custody Or Control Legal Liability - Loss Of Use | $ 1,000,000 | $ 1,000 |

### Impairment Of Computer Services - Malicious Programming

| | | |
|---|---|---|
| Impairment Of Computer Services - Inside Attack | $ 100,000 | $ 2,500 |
| Impairment Of Computer Services - Outside Attack | $ 10,000 | $ 2,500 |
| Impairment Of Computer Services - Outside Attack - Annual Aggregate | $ 50,000 | $ 2,500 |

Chubb. Insured.℠