JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWAYS SMILING PRODUCTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHUBB NATIONAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. CV 21-5990 FMO (KSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 6th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge